Exhibit 11 to the Fox Declaration

1   FOX & ROBERTSON, P.C.
     Timothy P. Fox, Cal. Bar No. 157750
2   910 - 16th Street
     Suite 610
3   Denver, Colorado 80202
     Tel:    (303) 595-9700
4   Fax:   (303) 595-9705

5   Attorneys for Plaintiffs

6

7

8            **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                **SAN FRANCISCO DIVISION**

10

    FRANCIE E. MOELLER et al,
11
                            Case No.     C 02 5849 MJJ ADR
12         Plaintiffs,             **DECLARATION OF FRANCIE**
                                **MOELLER**
13    v.

14     TACO BELL CORP.,

15           Defendant.

16   ———————————————————

17       I, Francie Moeller, do hereby declare that:

18       1.      Due to multiple disabilities, I use a scooter for mobility.

19       2.      I am active in my community and my state. I am the Chair of the Disability

20   Caucus of the California Democratic Party. In addition, I was elected to the Sonoma County

21   Central Committee for the California Democratic Party. I am a past chair of the Bay Valley

22   District Organization of Business and Professional Women, and I am an advisor to, and a

23   member of, California NOW.

24       3.      I am also involved in several organizations that advocate for the rights of

25

26   Case No. C 02 5849 MJJ ADR
     Declaration of Francie Moeller

persons with disabilities.  I am a member of Californians for Disabled Rights, and I am currently running for a position on the Executive Committee of that organization.  I am a member of the California Disability Alliance.  In addition, I am a speaker on the civil rights panel of the Respectability Conference, a conference held in October and attended by more than 200 organizations that address disability-related issues.

4.     I frequently have encountered accessibility barriers at Taco Bell restaurants in California, including the restaurants located at 1416 Farmers Lane, 771 Stony Point Road, and 1835 Mendocino Avenue in Santa Rosa.

5.     These accessibility barriers include designated handicap parking spaces and access aisles that are too narrow to allow me to deploy my ramp, designated handicap parking located in an area that requires me to cross traffic lanes to get to the restaurant, improper or missing accessibility signage, doors that are too heavy for me to open, queue lines that are too narrow for me to get through in my scooter, a lack of accessible seating, no space to turn around in once I am in the dining area, drink and condiment dispensers that are beyond my reach, and inaccessible bathrooms.

6.     I understand that I am a representative of the class in this case, and I intend to vigorously prosecute this case on behalf of the class.

I declare under penalty of perjury that the foregoing is true and correct.


DATE:  Sept. 4, 2003             /s/ Francie Moeller
                                 Francie Moeller


Case No. C 02 5849 MJJ ADR
Declaration of Francie Moeller
-2-