# Exhibit 13 to the Fox Declaration

```
1  FOX & ROBERTSON, P.C.
   Timothy P. Fox, Cal. Bar No. 157750
2  910 - 16th Street
   Suite 610
3  Denver, Colorado 80202
   Tel:   (303) 595-9700
4  Fax:   (303) 595-9705

5  Attorneys for Plaintiffs
```

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANCIE E. MOELLER et al, | Case No.   C 02 5849 MJJ ADR |
| Plaintiffs, | **DECLARATION OF KATHERINE CORBETT** |
| v. | |
| TACO BELL CORP., | |
| Defendant. | |

I, Katherine Corbett, do hereby declare that:

1. I have post-polio syndrome and I use a wheelchair for mobility.

2. I have been involved in a large number of projects and organizations relevant to persons with disabilities. For example, last year, I testified to Congress concerning educational barriers to disabled girls. This August, I organized, and testified at, a legislative briefing for the California legislature on the topic of healthcare for girls and young women with disabilities. In addition, I have authored articles in peer reviewed journals, as well as chapters in books, on issues relating to women with disabilities.

Case No. C 02 5849 MJJ ADR
Declaration of Katherine Corbett

1  3. I eat at Taco Bell restaurants because I like the food and it is cheap. I have
2  encountered accessibility barriers at Taco Bell restaurants in California, including the
3  restaurants located at 40 San Pablo Town Center in San Pablo, 5000 Redwood Drive in
4  Rohnert Park

5  4. These accessibility barriers include designated handicap parking spaces and
6  access aisles that are too narrow to allow me to deploy my lift, doors that are too heavy for me
7  to open, queue lines that are too narrow for me to get through in my wheelchair, drink
8  dispensers that are beyond my reach, inaccessible bathrooms, and inaccessible seating areas.

9  5. I understand that I am a representative of the class in this case, and I intend to
10 vigorously prosecute this case on behalf of the class.

11 I declare under penalty of perjury that the foregoing is true and correct.

14 DATE:  Sept. 4, 2003          /s/ Katherine Corbett
                                 Katherine Corbett

Case No. C 02 5849 MJJ ADR
Declaration of Katherine Corbett

-2-