# Exhibit 14 to the Fox Declaration

FOX & ROBERTSON, P.C.
Timothy P. Fox, Cal. Bar No. 157750
910 - 16th Street
Suite 610
Denver, Colorado 80202
Tel:    (303) 595-9700
Fax:    (303) 595-9705

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

FRANCIE E. MOELLER et al,

   Plaintiffs,

   v.

TACO BELL CORP.,

   Defendant.

Case No.    C 02 5849 MJJ ADR

**DECLARATION OF CRAIG THOMAS YATES**

I, Craig Thomas Yates, do hereby declare that:

1. Due to a spinal cord injury, I use a wheelchair for mobility.

2. I am a licensed contractor and construction consultant.

3. In addition, I am actively involved in several organizations that advocate for the rights of persons with disabilities.  For example, I am a member of the Indoor Sports Club, a nationwide organization of persons with disabilities that engages in advocacy work.  I am also on the Advisory Boards of Golden Gate Transit and the Metropolitan Transit Commission.  Both of these Boards oversee issues concerning use of public transit systems by the elderly and

1 persons with disabilities.

2     4. I am active in other community activities. For example, I am a Parks and Recreation Commissioner for the City of San Rafael. I am also on the Board of Directors of the Marin Coalition, which oversees various city and county functions.

    5. I like to eat the food at Taco Bell restaurants because it is fresh and relatively healthy. However, I have encountered accessibility barriers at Taco Bell restaurants in California, including the restaurant located at 180 Rowland Way in Novato.

    6. These accessibility barriers include doors that are too heavy for me to open, queue lines that are too narrow for me to get through in my wheelchair, a lack of accessible seating that does not cause me to block other customers, bathrooms without signage indicating that they are accessible, and drink and condiment dispensers that are beyond my reach.

    7. I understand that I am a representative of the class in this case, and I intend to vigorously prosecute this case on behalf of the class.

    I declare under penalty of perjury that the foregoing is true and correct.

DATE: Sept. 2, 2003      /s/ Craig Thomas Yates
                                         Craig Thomas Yates