FOX & ROBERTSON, P.C.
Timothy P. Fox, Cal. Bar No. 157750
Amy F. Robertson, *Pro Hac Vice*
910 - 16th Street, Suite 610
Denver, CO 80202
Tel: (303) 595-9700
Fax: (303) 595-9705

LAWSON LAW OFFICES
Antonio M. Lawson, Cal. Bar No. 140823
835 Mandana Blvd.
Oakland, CA 94610
Tel: (510) 419-0940
Fax: (501) 419-0948

Mari Mayeda, Cal. Bar No. 110947
PO Box 5138
Berkeley, CA 94705
Tel: (510) 917-1622
Fax: (510) 841-8115

THE IMPACT FUND
Brad Seligman, Cal. Bar No. 83838
Jocelyn Larkin, Cal. Bar No. 110817
125 University Ave.
Berkeley, CA 94710
Tel: (510) 845-3473
Fax: (510) 845-3654

Attorneys for Plaintiffs

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Jeffrey H. Dasteel, Cal. Bar No. 110405
300 South Grand Ave
Los Angeles, CA 90071
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant

**FILED**

AUG 0 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL CORP.,<br><br>Defendant. | Case No. C 02 5849 MJJ ADR<br><br>**JOINT STIPULATION RE MODIFICATION OF DISCOVERY DATES** |

This stipulation is entered into by and among the parties hereto, Plaintiffs Francie Moeller, Edward Muegge, Katherine Corbett, and Craig Yates (collectively, "Plaintiffs") and Defendant Taco Bell Corp. ("Taco Bell"), through their respective undersigned attorneys, with reference to the following facts:

1  WHEREAS, the parties are about to engage in a meet and confer process regarding
2  the Special Master's expert reports;
3  WHEREAS, postponing the depositions until after the meet and confer process
4  would facilitate the meet and confer process and assist with narrowing the scope of certain
5  depositions;
6  WHEREAS, the parties also need additional time to locate and review documents
7  that will be used to prepare for and take depositions;
8  IT IS THEREFORE STIPULATED AND AGREED, by and among the
9  undersigned parties, through their counsel of record, that:
10  1.  Fact discovery cut-off for discovery between the class and Taco Bell will be
11  extended from September 30, 2005 to November 30, 2005. Discovery between the parties and any
12  third parties later joined to this case will not be limited by this discovery cut-off date. Plaintiffs
13  reserve all objections with respect to such third parties;
14  2.  Expert disclosures will be due on December 30, 2005 instead of October 30,
15  2005; and
16  3.  Rebuttal expert disclosures will be due on January 31, 2006 instead of
17  December 31, 2005;
18  4.  The expert discovery cut-off will remain unchanged (February 28, 2006);
19  and
20  5.  The dispositive motion deadline will remain unchanged (March 31, 2006).

21
22  DATED: July 28, 2005

RESPECTFULLY SUBMITTED,
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

23
24
25  By:_____/s/_____
Jeffrey H. Dasteel
Attorneys for Defendant
26  Taco Bell Corp.
27
28

JOINT STIPULATION RE MODIFICATION OF DISCOVERY DATES
Case No. C 02 5849 MJJ ADR                 2

1  DATED: July 28, 2005          FOX & ROBERTSON P.C.

          By: _____/s/_____
              Amy Robertson / Tim Fox
              Attorneys for Plaintiffs

## ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED that:

1. Fact discovery cut-off as between the class and Taco Bell shall be extended to November 30, 2005. This does not limit discovery between the parties and later-joined third parties (if any);

2. Expert disclosures shall be due on December 30, 2005; and

3. Rebuttal expert disclosures shall be due on January 31, 2006.

Expert discovery cut-off shall remain unchanged (February 28, 2006) and the dispositive motion deadline shall remain unchanged (March 31, 2006).

Dated: 8/1/2005

_____
Honorable Martin J. Jenkins
United States District Court