1  FOX & ROBERTSON, P.C.                     Mari Mayeda, Cal. Bar No. 110947
   Timothy P. Fox, Cal. Bar No. 157750      PO Box 5138
2  Amy F. Robertson, *Pro Hac Vice*         Berkeley, CA 94705
   910 - 16th Street, Suite 610             Tel:   (510) 917-1622
3  Denver, CO 80202                         Fax:   (510) 841-8115
   Tel:    (303) 595-9700
4  Fax:    (303) 595-9705

5  LAWSON LAW OFFICES                       THE IMPACT FUND
   Antonio M. Lawson, Cal. Bar No. 140823   Brad Seligman, Cal. Bar No. 83838
6  835 Mandana Blvd.                        Jocelyn Larkin, Cal. Bar No. 110817
   Oakland, CA 94610                        125 University Ave.
7  Tel:    (510) 419-0940                   Berkeley, CA 94710
   Fax:    (501) 419-0948                   Tel:   (510) 845-3473
8                                           Fax:   (510) 845-3654

   Attorneys for Plaintiffs
9
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP          F I L E D
10 Jeffrey H. Dasteel, Cal. Bar No. 110405
   300 South Grand Ave                              NOV 1 6 2005
11 Los Angeles, CA  90071
   Tel:  (213) 687-5000                         RICHARD W. WIEKING
12 Fax:  (213) 687-5600                     CLERK U.S. DISTRICT COURT
                                           NORTHERN DISTRICT OF CALIFORNIA
13 Attorneys for Defendant

14

15                 UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                   SAN FRANCISCO DIVISION

18 FRANCIE E. MOELLER, et al.          )   Case No. C 02 5849 MJJ ADR
                                       )
19                        Plaintiffs,  )   **JOINT STIPULATION RE: TEMPORARY
                                       )   EXTENSION OF DEADLINES**
20          v.                         )
                                       )
21 TACO BELL CORP.,                    )
                                       )
22                        Defendant.   )
                                       )
23 _____)

24

25

26

27

28

   JOINT STIPULATION RE TEMPORARY EXTENSION OF DEADLINES
   Case No. C 02 5849 MJJ ADR

1    This stipulation is entered into by and among the parties hereto, Plaintiffs Francie

2  Moeller, Edward Muegge, Katherine Corbett, and Craig Yates (collectively, "Plaintiffs") and

3  Defendant Taco Bell Corp. ("Taco Bell"), through their respective undersigned attorneys, with

4  reference to the following facts:

5    WHEREAS, pursuant to the proposed Order Appointing Special Master, the parties

6  were to conclude a meet and confer process by September 30, 2005, and reach resolution regarding

7  the compliance or non-compliance (as of the date of the Special Master survey) of architectural

8  elements in California corporate Taco Bell restaurants;

9    WHEREAS, despite the September 30, 2005 cut-off for the meet and confer

10  process, the parties have been unable to review and/or meet and confer on the compliance or non-

11  compliance of elements for a majority of Taco Bell restaurants;

12    WHEREAS, during the meet and confer, the parties discussed, and are currently

13  working toward, an agreement that would simplify compliance and non-compliance determinations

14  during the meet and confer process;

15    WHEREAS, under this agreement, the number of elements requiring adjudication

16  by the Court in Stage 1 will be substantially reduced;

17    WHEREAS, the parties need additional time to finalize this agreement and to

18  engage in and conclude the meet and confer process;

19    WHEREAS, the parties have not yet reached agreement regarding a new schedule

20  for the meet and confer process, discovery cut-off, and deadlines to add third party defendants;

21    WHEREAS, the deadline to add third-party defendants is currently set for

22  November 15, 2005;

23    WHEREAS, the deadline for fact discovery cut-off is currently set for November

24  30, 2005;

25    WHEREAS, both parties agree that a two-week extension on both deadlines is

26  necessary, subject to the possibility of a further extension once the parties have reached agreement

27  regarding a new schedule;

28

1       IT IS THEREFORE STIPULATED AND AGREED, by and among the

2 undersigned parties, through their counsel of record, that:

3       1.    The deadline for Defendant to file its motion for leave to implead third party

4 defendants for injunctive relief purposes has been extended from November 15, 2005 to November

5 30, 2005; and

6       2.    Fact discovery cut-off for discovery between the class and Taco Bell will be

7 extended from November 30, 2005 to December 15, 2005.  Discovery between the parties and any

8 third parties later joined to this case will not be limited by this discovery cut-off date.  Plaintiffs

9 reserve all objections with respect to such third parties.

10

11 DATED: November 11, 2005

    RESPECTFULLY SUBMITTED,
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

12

13

14     By: _____ by RJM

        Jeffrey H. Dasteel

15         Attorneys for Defendant
        Taco Bell Corp.

16

17 DATED: November ___, 2005    FOX & ROBERTSON P.C.

18

19     By: _____

20         Amy Robertson / Tim Fox
        Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

JOINT STIPULATION RE TEMPORARY EXTENSION OF DEADLINES
Case No. C 02 5849 MJJ ADR        3

1   IT IS THEREFORE STIPULATED AND AGREED, by and among the

2   undersigned parties, through their counsel of record, that:

3       1.   The deadline for Defendant to file its motion for leave to implead third party

4   defendants for injunctive relief purposes has been extended from November 15, 2005 to November

5   30, 2005; and

6       2.   Fact discovery cut-off for discovery between the class and Taco Bell will be

7   extended from November 30, 2005 to December 15, 2005. Discovery between the parties and any

8   third parties later joined to this case will not be limited by this discovery out-off date. Plaintiffs

9   reserve all objections with respect to such third parties.

10

11   DATED: November ___, 2005

    RESPECTFULLY SUBMITTED,
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

12

13

14   By:_____
    Jeffrey H. Dasteel
    Attorneys for Defendant
15       Taco Bell Corp.

16

17   DATED: November 11, 2005   FOX & ROBERTSON P.C.

18

19   By:_____
    Amy Robertson / Tim Fox
20       Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

JOINT STIPULATION RE TEMPORARY EXTENSION OF DEADLINES
Case No. C 02 5849 MJJ ADR           3

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED

that:

1.    The deadline for Defendant to file its motion for leave to implead third party defendants for injunctive relief purposes has been extended from November 15, 2005 to November 30, 2005; and

2.    Fact discovery cut-off for discovery between the class and Taco Bell will be extended from November 30, 2005 to December 15, 2005.  Discovery between the parties and any third parties later joined to this case will not be limited by this discovery cut-off date.  Plaintiffs reserve all objections with respect to such third parties;

Dated:  NOV 1 6 2005

_____
Honorable Martin J. Jenkins
United States District Court