1  FOX & ROBERTSON, P.C.
   Timothy P. Fox, Cal. Bar No. 157750
2  Amy F. Robertson, *Pro Hac Vice*
   910 - 16th Street, Suite 610
3  Denver, CO 80202
   Tel:  (303) 595-9700
4  Fax:  (303) 595-9705

5  LAWSON LAW OFFICES
   Antonio M. Lawson, Cal. Bar No. 140823
6  835 Mandana Blvd.
   Oakland, CA 94610
7  Tel:  (510) 419-0940
   Fax:  (501) 419-0948
8
   Attorneys for Plaintiffs
9
   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
10 Jeffrey H. Dasteel, Cal. Bar No. 110405
   300 South Grand Ave
11 Los Angeles, CA 90071
   Tel:  (213) 687-5000
12 Fax:  (213) 687-5600

13 Attorneys for Defendant

Mari Mayeda, Cal. Bar No. 110947
PO Box 5138
Berkeley, CA 94705
Tel:  (510) 917-1622
Fax:  (510) 841-8115

THE IMPACT FUND
Brad Seligman, Cal. Bar No. 83838
Jocelyn Larkin, Cal. Bar No. 110817
125 University Ave.
Berkeley, CA 94710
Tel:  (510) 845-3473
Fax:  (510) 845-3654

E-filing

FILED
DEC 02 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO DIVISION

18 FRANCIE E. MOELLER, et al.          )  Case No. C 02 5849 MJJ ADR
                                       )
19                    Plaintiffs,      )  **JOINT STIPULATION RE:**
                                       )  **MODIFICATION OF CUT-OFF DATES**
20            v.                       )
                                       )
21 TACO BELL CORP.,                    )
                                       )
22                    Defendant.       )
                                       )
23                                     )

24

25

26

27

28

JOINT STIPULATION RE MODIFICATION OF CUT-OFF DATES
Case No. C 02 5849 MJJ ADR

1  This stipulation is entered into by and among the parties hereto, Plaintiffs Francie Moeller, Edward Muegge, Katherine Corbett, and Craig Yates on behalf of a class of similarly situated individuals (collectively, "Plaintiffs") and Defendant Taco Bell Corp. ("Taco Bell"), through their respective undersigned attorneys, with reference to the following facts:

WHEREAS, pursuant to the proposed Order Appointing Special Master, the parties were to conclude a meet and confer process by September 30, 2005, and reach resolution regarding the compliance or non-compliance (as of the date of the Special Master survey) of architectural elements in California corporate Taco Bell restaurants, and to discuss proposed resolutions, the applicability of defenses, and a proposed implementation schedule;

WHEREAS, despite the September 30, 2005 cut-off for the meet and confer process, the parties have been unable to review and/or meet and confer on the compliance or non-compliance of elements for a majority of Taco Bell restaurants;

WHEREAS, during the meet and confer process, the parties discussed, and are currently working toward, an agreement that would simplify compliance and non-compliance determinations during the meet and confer process (the "Agreement");

WHEREAS, under the Agreement, the number of elements requiring adjudication by the Court in Stage 1 will be substantially reduced;

WHEREAS, the parties need additional time to finalize the Agreement and to conclude the meet and confer process;

IT IS THEREFORE STIPULATED AND AGREED, by and among the undersigned parties, through their counsel of record, that:

1. The cut-off dates proposed herein are contingent on the parties' execution of the Agreement. If the parties are unable to execute the Agreement, they will prepare a new schedule of cut-off dates for the Court's approval;

2. The parties have until March 10, 2006 to conclude the meet and confer process for Stage 1. For purposes of injunctive relief, any motion for leave to join third parties will be filed and served by April 10, 2006;

3. The parties will exchange "meet and confer charts"[1] in accordance with the following schedule:

    a. Plaintiffs will provide Defendant with approximately 30 meet and confer charts by December 15, 2005. Defendant will provide complete responses to these charts by January 6, 2006;

    b. Plaintiffs will provide Defendant with an additional approximately 30 charts by January 6, 2006. Defendant will provide complete responses to these charts by January 20, 2006;

    c. Plaintiffs will provide Defendant with an additional approximately 30 charts by January 20, 2006. Defendant will provide complete responses to these charts by February 3, 2006;

    d. Plaintiffs will provide Defendant with an additional approximately 30 charts by February 3, 2006. Defendant will provide complete responses to these charts by February 17, 2006;

    e. Plaintiffs will provide Defendant with all remaining charts by February 17, 2006. Defendant will provide complete responses to these charts by March 10, 2006;

4. Fact discovery cut-off for discovery between the class and Taco Bell will be extended from November 30, 2005 to April 10, 2006. Discovery between the parties and any third parties later joined to this case will not be limited by this discovery cut-off date. Plaintiffs reserve all objections with respect to such third parties;

5. Expert disclosures will be due on June 9, 2006, instead of December 30, 2005;

6. Rebuttal expert disclosures will be due on July 10, 2006, instead of January 31, 2006;

---

[1] "Meet and confer charts" are the documents that the parties have been using to narrow the issues in dispute in this case. Plaintiffs prepare the first round of meet and confer charts, identifying for each store that subset of the elements found by the Special Master to be out of compliance with current standards that Plaintiffs assert are out of compliance with the standards applicable to that store based on dates of construction and/or alteration. Defendant responds by indicating whether they agree or disagree with Plaintiffs' assertion and if they disagree, the grounds for the disagreement.

JOINT STIPULATION RE MODIFICATION OF CUT-OFF DATES
Case No. C 02 5849 MJJ ADR     3

1         7.    The expert discovery cut-off will be August 11, 2006, instead of February
2  28, 2006; and
3         8.    The dispositive motion deadline will be September 11, 2006, instead of
4  March 31, 2006.

DATED: November __, 2005

RESPECTFULLY SUBMITTED,
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Jeffrey H. Dasteel
Attorneys for Defendant
Taco Bell Corp.

DATED: November __, 2005    FOX & ROBERTSON P.C.

By: _____
Amy Robertson / Tim Fox
Attorneys for Plaintiffs

1    7.   The expert discovery cut-off will be August 11, 2006, instead of February 28, 2006; and

2    8.   The dispositive motion deadline will be September 11, 2006, instead of March 31, 2006.

DATED: November __, 2005

RESPECTFULLY SUBMITTED,
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
Jeffrey H. Dasteel
Attorneys for Defendant
Taco Bell Corp.

DATED: November 23, 2005

FOX & ROBERTSON P.C.

By: _____
Amy Robertson / Tim Fox
Attorneys for Plaintiffs

JOINT STIPULATION RE MODIFICATION OF CUT-OFF DATES
Case No. C 02 5849 MJJ ADR                                    4
411838.03-Los Angeles Server 2A - MSW

# ORDER

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED that:

1. The parties have until March 10, 2006 to conclude the meet and confer process for Stage 1. For purposes of injunctive relief, any motion for leave to join third parties will be filed and served by April 10, 2006;

3. The parties will exchange "meet and confer charts"[2] in accordance with the following schedule:

   a. Plaintiffs will provide Defendant with approximately 30 meet and confer charts by December 15, 2005. Defendant will provide complete responses to these charts by January 6, 2006;

   b. Plaintiffs will provide Defendant with an additional approximately 30 charts by January 6, 2006. Defendant will provide complete responses to these charts by January 20, 2006;

   c. Plaintiffs will provide Defendant with an additional approximately 30 charts by January 20, 2006. Defendant will provide complete responses to these charts by February 3, 2006;

   d. Plaintiffs will provide Defendant with an additional approximately 30 charts by February 3, 2006. Defendant will provide complete responses to these charts by February 17, 2006;

   e. Plaintiffs will provide Defendant with all remaining charts by February 17, 2006. Defendant will provide complete responses to these charts by March 10, 2006;

4. Fact discovery cut-off for discovery between the class and Taco Bell will be extended from November 30, 2005 to April 10, 2006. Discovery between the parties and any third

---

[2] "Meet and confer charts" are the documents that the parties have been using to narrow the issues in dispute in this case. Plaintiffs prepare the first round of meet and confer charts, identifying for each store that subset of the elements found by the Special Master to be out of compliance with current standards that Plaintiffs assert are out of compliance with the standards applicable to that store based on dates of construction and/or alteration. Defendant responds by indicating whether they agree or disagree with Plaintiffs' assertion and if they disagree, the grounds for the disagreement.

JOINT STIPULATION RE MODIFICATION OF CUT-OFF DATES
Case No. C 02 5849 MJJ ADR                    5

parties later joined to this case will not be limited by this discovery cut-off date. Plaintiffs reserve all objections with respect to such third parties;

5. Expert disclosures will be due on June 9, 2006;

6. Rebuttal expert disclosures will be due on July 10, 2006;

7. The expert discovery cut-off will be August 11, 2006; and

8. The dispositive motion deadline will be September 11, 2006.

Dated: 11/29/2005

Honorable Martin J. Jenkins
United States District Court

JOINT STIPULATION RE MODIFICATION OF CUT-OFF DATES
Case No. C 02 5849 MJJ ADR                    6