# FILED

JAN 03 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gregory F. Hurley (SBN 126791)
Richard H. Hikida (SBN 196149)
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (714) 708-6500
Facsimile: (714) 708-6501

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Moeller, et al

Plaintiff(s)

v.

Taco Bell Corporation

Defendant(s)

CASE NUMBER: 02-cv-05849

**SUBSTITUTION OF ATTORNEY**

Taco Bell Corporation
*Name of Party*

[ ] Plaintiff  [X] Defendant  [ ] Other _____ who is

hereby substitutes Gregory F. Hurley

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   650 Town Center Drive, Suite 1700
*Street Address*

Costa Mesa, California 92626    (714) 708-6500    (714) 708-6501    126791
*City, State, Zip Code*          *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Jeffrey H. Dasteel
*Present Attorney*

Dated: December 20, 2005

_____
*Signature of Party*

TACO BELL CORPORATION

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: December __, 2005

_____
*Signature of Present Attorney*

Skadden, Arps, Slate, Meagher & Flom

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: December 20, 2005

_____
*Signature of New Attorney*

Gregory F. Hurley

Substitution of Attorney is hereby [X] Approved.  [ ] Denied.

Dated: December 29, 2005

_____
United States District Judge / Magistrate Judge
Hon. Martin J. Jenkins

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cand.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (08/02)

Gregory F. Hurley (SBN 126791)
Richard H. Hikida (SBN 196149)
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (714) 708-6500
Facsimile: (714) 708-6501

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| Moeller, et al | CASE NUMBER: |
|---|---|
| | 02-cv-05849 |
| Plaintiff(s) | |
| v. | SUBSTITUTION OF ATTORNEY |
| Taco Bell Corporation | |
| Defendant(s) | |

☐ Plaintiff  ☒ Defendant  ☐ Other _____

Taco Bell Corporation
*Name of Party*

who is hereby substitutes Gregory F. Hurley

☒ Retained Counsel  ☐ Court Appointed Counsel  ☐ Pro Per   650 Town Center Drive, Suite 1700
                                                            *Street Address*

Costa Mesa, California 92626   (714) 708-6500   (714)708-6501   126791
*City, State, Zip Code*         *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in the place and stead of Jeffrey M. Dasteel
                                                 *Present Attorney*

Dated: December 20, 2005

*Signature of Party*

TACO BELL CORPORATION

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: December 20, 2005

*Signature of Present Attorney*

Skadden, Arps, Slate, Meagher & Flom

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: December 20, 2005

*Signature of New Attorney*

Gregory F. Hurley

Substitution of Attorney is hereby ☐ Approved.  ☐ Denied.

Dated: December ___, 2006

United States District Judge / Magistrate Judge
Hon. Martin J. Jenkins

**NOTICE TO COUNSEL:** If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cand.uscourts.gov.

SUBSTITUTION OF ATTORNEY

G-01 (03/02)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 650 Town Center Drive, Suite 650, Costa Mesa, CA 92626.

On December 21, 2005, I served the SUBSTITUTION OF ATTORNEY on the interested parties in this action by placing the true copy thereof, enclosed in a sealed envelope, postage prepaid, addressed as follows:

SEE ATTACHED SERVICE LISTING

☒ **(BY MAIL)**
☐ I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.
☒ I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Costa Mesa, California, in the ordinary course of such business.

☐ **(BY FEDERAL EXPRESS)**
I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for delivery by Federal Express. Under the practice it would be deposited with Federal Express on that same day with postage thereon fully prepared at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if delivery by Federal Express is more than one day after date of deposit with Federal Express.

☐ **(BY FACSIMILE)**
On Type Date here, I transmitted the foregoing document(s) by facsimile sending number. Pursuant to rule 2009(i)(4), I caused the machine to print a transmission record of the transmission, a true and correct copy of which is attached to this declaration.

☐ **(BY PERSONAL SERVICE)**
I delivered such envelope by hand to the offices of the addressee. Executed on Type Date here, at Costa Mesa, California.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 21, 2005, at Costa Mesa, California.

_____
Signature

STACEY SAUTTER
Print Name

## SERVICE LIST
### Moeller, et al. v. Taco Bell Corp.

| | |
|---|---|
| Jamerson C. Allen, Esq.<br>Jackson Lewis LLP<br>199 Fremont Street, 10th Floor<br>San Francisco, CA 94105<br>(415) 394-9400; Fax: (415) 394-9401<br>*Attorneys for Defendant*<br>*Taco Bell Corporation* | Jeffrey H. Dasteel, Esq.<br>Titania Jean Mooney, Esq.<br>Skadden Arps Slate Meagher and Flom, LLP<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>(213) 687-5000; Fax: (213) 687-5600<br>*Attorneys for Defendant*<br>*Taco Bell Corporation* |
| Gregory A. Eurich, Esq.<br>Jimmy Goh, Esq.<br>Holland & Hart, LLP<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>(303) 295-8000<br>*Attorneys for Defendant*<br>*Taco Bell Corporation* | Timothy P. Fox, Esq.<br>Amy F. Robertson, Esq.<br>Fox & Robertson, P.C.<br>910-16th Street, Suite 610<br>Denver, CO 80202<br>(303) 595-9700; Fax: (303) 595-9705<br>*Attorneys for Plaintiffs*<br>*Craig Thomas Yates*<br>*Edward Muegge*<br>*Francie E. Moeller*<br>*Katherine Corbett* |
| Thomas P. Howard, Esq.<br>245 Century Circle, Suite 206<br>Louisville, CO 80202<br>(303) 665-3822; Fax: (303) 665-3821<br>*Attorneys for Defendant*<br>*Taco Bell Corporation* | Jocelyn D. Larkin, Esq.<br>Brad Seligman, Esq.<br>The Impact Fund<br>125 University Avenue<br>Berkeley, CA 94710<br>(510) 845-3473; Fax: (510) 845-3645<br>*Attorneys for Plaintiffs*<br>*Craig Thomas Yates*<br>*Edward Muegge*<br>*Francie E. Moeller*<br>*Katherine Corbett* |
| Antonio M. Lawson, Esq.<br>Lawson Law Offices<br>835 Mandana Boulevard<br>Oakland, CA 94610<br>(510) 419-0940; Fax: (510) 419-0948<br>*Attorneys for Plaintiffs*<br>*Craig Thomas Yates*<br>*Edward Muegge*<br>*Francie E. Moeller*<br>*Katherine Corbett* | Mari Mayeda, Esq.<br>P.O. Box 5138<br>Berkeley, CA 94705<br>(510) 841-4970<br>*Attorneys for Plaintiffs*<br>*Craig Thomas Yates*<br>*Edward Muegge*<br>*Francie E. Moeller*<br>*Katherine Corbett* |