**FILED**

FEB 0 1 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FRANCIE E. MOELLER et al,

        Plaintiffs,

v.

TACO BELL CORP.,

        Defendant.

Case No.   C 02 5849 MJJ ADR

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO SET A CASE MANAGEMENT CONFERENCE ON FEBRUARY 14, 2006, AT 2 P.M.

A Case Management Conference in this case will be held on February 14, 2006, at 2:00 p.m. The parties should submit a Joint Case Management Statement on or before February 7, 2006.

Dated: 2/1/2006

                                           The Honorable Martin J. Jenkins
                                           United States District Court

Case No. C 02 5849 MJJ ADR
[Proposed] Order Granting Stipulated Motion to Set a Case Management Conference on February 14, 2006, at 2 p.m.