# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| FRANCIE E. MOELLER, et al., | CASE NO. C 02 5849 MJJ ADR |
|---|---|
| Plaintiffs, | **ORDER GRANTING STIPULATED MOTION TO CONTINUE THE STATUS CONFERENCE CURRENTLY SET FOR MAY 18, 2006 AND TO RE-SET PRE-TRIAL DATES** |
| v. | |
| TACO BELL CORP. | |
| Defendant. | |

The Status Conference currently set for May 18, 2006, is hereby continued until July 18, 2006 at 2:00 p.m.

It is further ordered that the pre-trial deadlines set forth in the Joint Stipulation entered on February 23, 2006 shall be extended by two months as follows:

| Task | Deadline |
|---|---|
| Taco Bell Corp. shall provide a comprehensive list of errors within the Special Master's Interim Survey Reports regarding facilities constructed before January 26, 1993, and for each alleged error, shall explain all | May 25, 2006 |

oc-fs1\49654v02\09451.011500

1

ORDER GRANTING STIPULATED MOTION TO CONTINUE THE STATUS CONFERENCE CURRENTLY SET FOR MAY 18, 2006 AND TO RE-SET PRE-TRIAL DATES
Case No. C 02 5849 MJJ ADR

| | | |
|---|---|---|
| 1 | grounds for its assertion. | |
| 2-10 | Taco Bell shall provide responses to Plaintiffs' Meet and Confer Charts concerning Taco Bell facilities constructed before January 26, 1993. Taco Bell's responses shall clearly articulate, for each item: whether or not it agrees that the item is out of compliance; for any item it contends to be in compliance, all grounds for such contention, including all defenses it alleges apply to the item; and whether or not it intends to remedy the item. Defendant shall not satisfy its duty merely by stating whether or not it will remedy the item. | July 10, 2006 |
| 11-14 | Plaintiffs shall provide meet and confer charts for Taco Bell restaurants built after January 26, 1993, such charts to include injunctive relief requested by Plaintiffs. | May 25, 2006 |
| 15-19 | Taco Bell Corp. shall provide a comprehensive list of errors within the Special Master's Interim Survey Reports regarding facilities constructed after January 26, 1993, and for each alleged error, shall explain all grounds for its assertion. | 45 days after receipt of plaintiffs' last or final chart regarding facilities constructed after January 26, 1993. |
| 20-27 | Taco Bell shall provide responses to Plaintiffs' Meet and Confer Charts concerning Taco Bell facilities constructed after January 26, 1993. Taco Bell's responses shall clearly articulate, for each item: whether or not it agrees that the item is out of compliance; for any item it contends to be in compliance, all grounds for such contention, including all defenses it alleges apply to the item; and whether or not it intends to remedy the item. Defendant shall not satisfy its duty merely by stating whether or not it will remedy the item. | July 10, 2006 or 45 days after receipt of plaintiffs' last or final chart regarding facilities constructed prior to January 26, 1993, whichever date is later |

| | |
|---|---|
| Deadline to file motion for leave to join third parties | October 10, 2006 |
| Fact discovery cutoff | November 15, 2006 |
| Expert disclosures | December 15, 2006 |
| Rebuttal expert disclosures | January 15, 2007 |
| Expert discovery cutoff | March 15, 2007 |
| Dispositive motion deadline | May 28, 2007 |

DATED: April 25, 2006

_____
The Honorable Martin J. Jenkins
United States District Judge

oc-fs1\49654v02\09451.011500

3

ORDER GRANTING STIPULATED MOTION TO CONTINUE THE STATUS CONFERENCE CURRENTLY SET FOR MAY 18, 2006 AND TO RE-SET PRE-TRIAL DATES
Case No. C 02 5849 MJJ ADR