| | |
|---|---|
| FOX & ROBERTSON, P.C.<br>Timothy P. Fox, Cal. Bar No. 157750<br>Amy F. Robertson, Pro Hac Vice<br>910 - 16th Street, Suite 610<br>Denver, Colorado 80202<br>Tel:    (303) 595-9700<br>Fax:   (303) 595-9705<br>Email:   tfox@foxrob.com | Mari Mayeda, Cal. Bar No. 110947<br>PO Box 5138<br>Berkeley, CA 94705<br>Tel:    (510) 917-1622<br>Fax:   (510) 841-8115<br>Email: marimayeda@earthlink.net |
| LAWSON LAW OFFICES<br>Antonio M. Lawson, Cal. Bar No. 140823<br>835 Mandana Blvd.<br>Oakland, CA 94610<br>Tel:    (510) 419-0940<br>Fax:   (501) 419-0948<br>Email:   tony@lawsonlawoffices.com | THE IMPACT FUND<br>Brad Seligman, Cal. Bar No. 83838<br>Jocelyn Larkin, Cal. Bar No. 110817<br>125 University Ave.<br>Berkeley, CA 94710<br>Tel:    (510) 845-3473<br>Fax:   (510) 845-3654<br>Email:    bseligman@impactfund.org |

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP
Gregory F. Hurley, Cal. Bar No. 126791
Richard H. Hikida, Cal. Bar No. 196149
650 Town Center Drive, Suite 1700
Costa Mesa, CA 92626
Tel:    (714) 708-6500
Fax:   (714) 708-6501

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FRANCIE E. MOELLER et al,

    Plaintiffs,

  v.

TACO BELL CORP.,

    Defendant.

Case No.    C 02 5849 MJJ ADR

[PROPOSED] ORDER

IT IS HEREBY ORDERED that:

Case No. C 02 5849 MJJ ADR
[Proposed] Order

| Task | Date |
|---|---|
| Conclusion of interim process, and deadline for Taco Bell to respond to the meet and confer charts produced by Plaintiffs. | October 18, 2006 |
| Deadline for submission of the Special Master's Final Reports, which shall consist of the Special Master's interim survey reports together with any agreements the parties have reached. | December 15, 2006 |
| Deadline for the parties to file objections to the Special Master's Final Reports. | January 12, 2007 |

A status conference will be held in this case at 2:00 p.m. on January 24, 2007.

IT IS SO ORDERED.

DATED: 9/19/2006

The Honorable Martin J. Jenkins
United States District Court

Case No. C 02 5849 MJJ ADR
Order

-2-