| | |
|---|---|
| FOX & ROBERTSON, P.C.<br>Timothy P. Fox (Cal. Bar No. 157750)<br>Amy F. Robertson, Pro Hac Vice<br>910 - 16th Street, Suite 610<br>Denver, Colorado 80202<br>Tel: (303) 595-9700<br>Fax: (303) 595-9705<br>Email: tfox@foxrob.com | Mari Mayeda (Cal. Bar No. 110947)<br>P.O. Box 5138<br>Berkeley, CA 94705<br>Tel: (510) 917-1622<br>Fax: (510) 841-8115<br>Email: marimayeda@earthlink.net |
| LAWSON LAW OFFICES<br>Antonio M. Lawson (Cal. Bar No. 140823)<br>835 Mandana Blvd.<br>Oakland, CA 94610<br>Tel: (510) 419-0940<br>Fax: (510) 419-0948<br>Email: tony@lawsonlawoffices.com | THE IMPACT FUND<br>Brad Seligman (Cal. Bar No. 83838)<br>Jocelyn Larkin (Cal. Bar No. 110817)<br>125 University Ave.<br>Berkeley, CA 94710<br>Tel: (510) 845-3473<br>Fax: (510) 845-3654<br>Email: bseligman@impactfund.org |

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP
Gregory F. Hurley (Cal. Bar No. 126791)
Richard H. Hikida (Cal. Bar No. 196149)
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (714) 708-6500
Facsimile: (714) 708-6501
HurleyG@gtlaw.com

Attorneys for Defendant TACO BELL CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANCIE E. MOELLER, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TACO BELL CORP.,<br><br>　　　　Defendants. | Case No. C 02 5849 MJJ ADR<br><br>**[PROPOSED] ORDER TO CONTINUE DEADLINE TO FILE MOTION FOR LEAVE TO JOIN THIRD PARTIES AND STAY REMAINDER OF PRETRIAL DATES**<br><br>DATE:　　n/a<br>TIME:　　n/a<br>CTRM:　　n/a<br>JUDGE:　Hon. Martin J. Jenkins |

Pursuant to the parties' Joint Stipulation, IT IS HEREBY ORDERED that:

1. the deadline to file a motion for leave to join third parties be continued to February 28, 2007 from the current October 10, 2006 cutoff date;

2. the other pretrial deadlines set forth in the Court's April 25, 2006 order are stayed and shall be addressed at the Further Status Conference scheduled in this action for January 24, 2007 at 2:00 p.m.

Dated: 10/3/2006

_____
Honorable Martin J. Jenkins
United States District Court

[PROPOSED] ORDER
Case No. C 02-5849 MJJ ADR

OC 286096809v1 09451.011500