FOX & ROBERTSON, P.C.
Timothy P. Fox, Cal. Bar No. 157750
Amy F. Robertson, pro hac vice
Ari R. Krichiver, pro hac vice
910 - 16th Street
Suite 610
Denver, Colorado 80202
Tel:    (303) 595-9700
Fax:    (303) 595-9705
Email: tfox@foxrob.com

LAWSON LAW OFFICES
Antonio M. Lawson, Cal. Bar No. 140823
835 Mandana Blvd.
Oakland, CA 94610
Tel:    (510) 419-0940
Fax:    (510) 419-0948
Email: tony@lawsonlawoffices.com

Mari Mayeda, Cal. Bar No. 110947
PO Box 5138
Berkeley, CA 94705
Tel:    (510) 917-1622
Fax:    (510) 841-8115
Email: marimayeda@earthlink.net

THE IMPACT FUND
Brad Seligman, Cal. Bar No. 83838
Jocelyn Larkin, Cal. Bar No. 110817
125 University Ave.
Berkeley, CA 94710
Tel:    (510) 845-3473
Fax:    (510) 845-3654
Email: bs@impactfund.org

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER et al,<br><br>    Plaintiffs,<br><br>  v.<br><br>TACO BELL CORP.,<br><br>    Defendant. | Case No.    C 02 5849 MJJ ADR<br><br>**NOTICE OF PLAINTIFFS' SUBMISSION OF AGREEMENTS REACHED BY THE PARTIES** |

By Order dated September 19, 2006, this Court ordered the parties to submit "the Special Master's Final Reports which shall consist of the Special Master's interim survey reports together with any agreements the parties have reached." Id. at 2. In accordance with that Order, Plaintiffs hereby submit the attached table, entitled "Stipulated Construction Dates," which sets forth the stipulated date on which each corresponding restaurant was

1 | constructed, subject to evidence showing a later date.

2 | The parties have reached agreement on other issues, but Taco Bell has objected to the
3 | submission of any other such agreements.

4 | A separate pleading will attach the Special Master reports.

5 | Respectfully submitted,

7 | FOX & ROBERTSON, P.C.

9 | Date: December 14, 2006       BY: /s Timothy P. Fox
                                      Timothy P. Fox

Counsel for Plaintiffs Francie Moeller, Edward Muegge, Katherine Corbett and Craig Thomas Yates

Case No. C 02 5849 MJJ ADR
Notice of Plaintiffs' Submission of Agreements Reached by the Parties
-2-

**STIPULATE CONSTRUCTION DATES**

| Restaurant | Stipulated Construction Date |
|---|---|
| 99 | 4/21/1995 |
| 124 | After Jan. 1993 |
| 137 | 10/4/1989 |
| 283 | 12/20/1990 |
| 459 | After Jan. 1993 |
| 757 | 5/26/1995 |
| 829 | 5/15/1991 |
| 863 | 4/7/1972 |
| 955 | 10/5/1991 |
| 991 | 1/15/1974 |
| 1034 | 9/17/1974 |
| 1496 | 5/22/1978 |
| 1561 | 5/7/1979 |
| 1603 | 12/11/1979 |
| 1687 | 8/27/2004 |
| 1827 | 10/2/1991 |
| 1934 | 9/15/1994 |
| 2007 | 1/21/2004 |
| 2241 | 8/28/1982 |
| 2297 | 2/10/1983 |
| 2423 | 3/3/1984 |
| 2700 | 7/17/1985 |
| 2755 | 10/17/1985 |
| 2756 | 7/8/1985 |

Stipulated Construction Dates
December 14, 2006
Page 2

| | |
|---|---|
| 2778 | 8/23/1985 |
| 2801 | 10/31/1985 |
| 2812 | 12/21/1985 |
| 2848 | 1/10/1986 |
| 2861 | 1/27/1986 |
| 2910 | 4/29/1986 |
| 2914 | 5/1/1986 |
| 2915 | 5/17/1986 |
| 2918 | 9/22/1986 |
| 2930 | 9/16/1986 |
| 2933 | 6/11/1986 |
| 2961 | 7/1/1986 |
| 2968 | 3/20/1986 |
| 2971 | 10/6/1986 |
| 2984 | 12/23/1986 |
| 3007 | After Jan. 1993 |
| 3027 | 1/10/1983 |
| 3044 | 2/4/1983 |
| 3046 | 11/1/1985 |
| 3049 | After Jan. 1993 |
| 3053 | After Jan. 1993 |
| 3055 | 10/21/1985 |
| 3064 | 11/19/1986 |
| 3070 | 1/27/1977 |
| 3071 | 4/15/1985 |

Stipulated Construction Dates
December 14, 2006
Page 3

| | |
|---|---|
| 3077 | 2/17/1977 |
| 3078 | 4/18/1977 |
| 3079 | 1/3/1999 |
| 3083 | 7/12/1997 |
| 3112 | After Jan. 1993 |
| 3117 | 2/5/1998 |
| 3119 | 11/24/1970 |
| 3125 | 11/10/1971 |
| 3128 | 2/26/1973 |
| 3132 | 3/16/1971 |
| 3136 | 1/5/1999 |
| 3137 | 7/1/2001 |
| 3145 | 10/23/2000 |
| 3152 | 2/28/2000 |
| 3160 | 9/6/1986 |
| 3184 | 10/30/1987 |
| 3196 | 11/25/1986 |
| 3207 | 10/27/1986 |
| 3208 | 12/8/1986 |
| 3209 | 11/25/1986 |
| 3222 | 12/23/1986 |
| 3390 | 7/31/1986 |
| 3398 | 4/7/1987 |
| 3420 | 2/17/1987 |
| 3471 | 6/23/1987 |

Stipulated Construction Dates
December 14, 2006
Page 4

| | |
|---|---|
| 3473 | 6/2/1984 |
| 3498 | 3/7/1988 |
| 3555 | 10/29/1987 |
| 3579 | 11/21/1987 |
| 3904 | 12/27/1988 |
| 3948 | 10/3/1990 |
| 4027 | 9/14/1989 |
| 4034 | 9/14/1989 |
| 4054 | 10/14/1988 |
| 4168 | 5/23/1984 |
| 4192 | 6/20/1990 |
| 4204 | 8/7/1990 |
| 4211 | 9/15/1989 |
| 4284 | 12/11/1990 |
| 4311 | 2/4/1991 |
| 4325 | 2/11/1991 |
| 4342 | 12/22/1990 |
| 4343 | 12/20/1990 |
| 4355 | 1/22/1991 |
| 4356 | 10/17/1990 |
| 4466 | 6/10/1991 |
| 4510 | 7/19/1991 |
| 4518 | 11/18/1991 |
| 4558 | 5/28/1991 |
| 4578 | 8/1/1991 |

Stipulated Construction Dates
December 14, 2006
Page 5

| | |
|---|---|
| 4586 | 9/19/1991 |
| 4611 | 10/2/1991 |
| 4617 | 10/9/1991 |
| 4622 | 7/22/1991 |
| 4633 | 1/3/1991 |
| 4661 | 10/29/1991 |
| 4704 | 12/22/1991 |
| 4799 | 6/22/1992 |
| 4862 | 5/28/1992 |
| 4951 | 12/24/1991 |
| 5019 | 7/10/1992 |
| 5081 | 9/25/1992 |
| 5138 | 10/16/1992 |
| 5223 | 10/21/1992 |
| 5259 | 4/18/1985 |
| 5512 | After Jan. 1993 |
| 5513 | After Jan. 1993 |
| 5539 | After Jan. 1993 |
| 5570 | After Jan. 1993 |
| 5636 | After Jan. 1993 |
| 5641 | After Jan. 1993 |
| 9407 | After Jan. 1993 |
| 9414 | After Jan. 1993 |
| 9417 | After Jan. 1993 |
| 9427 | After Jan. 1993 |

Stipulated Construction Dates
December 14, 2006
Page 6

| | |
|---|---|
| 9454 | After Jan. 1993 |
| 9489 | After Jan. 1993 |
| 15319 | After Jan. 1993 |
| 15362 | After Jan. 1993 |
| 15379 | After Jan. 1993 |
| 15455 | After Jan. 1993 |
| 15507 | After Jan. 1993 |
| 15508 | After Jan. 1993 |
| 15570 | After Jan. 1993 |
| 15573 | After Jan. 1993 |
| 15614 | After Jan. 1993 |
| 15625 | After Jan. 1993 |
| 15723 | After Jan. 1993 |
| 16140 | After Jan. 1993 |
| 16276 | After Jan. 1993 |
| 16336 | After Jan. 1993 |
| 16370 | After Jan. 1993 |
| 16381 | After Jan. 1993 |
| 16478 | After Jan. 1993 |
| 16520 | After Jan. 1993 |
| 16534 | After Jan. 1993 |
| 16812 | After Jan. 1993 |
| 16819 | After Jan. 1993 |
| 16909 | After Jan. 1993 |
| 17181 | After Jan. 1993 |

Stipulated Construction Dates
December 14, 2006
Page 7

| | |
|---|---|
| 17224 | After Jan. 1993 |
| 17243 | After Jan. 1993 |
| 17363 | After Jan. 1993 |
| 17435 | After Jan. 1993 |
| 17471 | After Jan. 1993 |
| 17473 | After Jan. 1993 |
| 17529 | After Jan. 1993 |
| 17556 | After Jan. 1993 |
| 17572 | After Jan. 1993 |
| 17576 | After Jan. 1993 |
| 17751 | After Jan. 1993 |
| 17984 | After Jan. 1993 |
| 17997 | After Jan. 1993 |
| 18003 | After Jan. 1993 |
| 18112 | After Jan. 1993 |
| 18315 | After Jan. 1993 |
| 18377 | After Jan. 1993 |
| 18577 | After Jan. 1993 |
| 18606 | After Jan. 1993 |
| 18687 | After Jan. 1993 |
| 18701 | After Jan. 1993 |
| 18808 | After Jan. 1993 |
| 18901 | After Jan. 1993 |
| 19289 | After Jan. 1993 |
| 19298 | After Jan. 1993 |

Stipulated Construction Dates
December 14, 2006
Page 8

| | |
|---|---|
| 19344 | After Jan. 1993 |
| 19389 | After Jan. 1993 |
| 19413 | After Jan. 1993 |
| 19498 | After Jan. 1993 |
| 19509 | After Jan. 1993 |
| 19515 | After Jan. 1993 |
| 19532 | After Jan. 1993 |
| 19591 | After Jan. 1993 |
| 19744 | After Jan. 1993 |
| 19950 | After Jan. 1993 |
| 20052 | After Jan. 1993 |
| 20175 | After Jan. 1993 |
| 20180 | After Jan. 1993 |
| 20190 | After Jan. 1993 |
| 20204 | After Jan. 1993 |
| 20241 | After Jan. 1993 |
| 20310 | After Jan. 1993 |
| 20353 | After Jan. 1993 |
| 20566 | After Jan. 1993 |
| 20578 | After Jan. 1993 |
| 20635 | After Jan. 1993 |
| 20646 | After Jan. 1993 |
| 20676 | After Jan. 1993 |
| 20690 | After Jan. 1993 |
| 20758 | After Jan. 1993 |

Stipulated Construction Dates
December 14, 2006
Page 9

| | |
|---|---|
| 20893 | After Jan. 1993 |
| 21000 | After Jan. 1993 |
| 21018 | After Jan. 1993 |
| 21047 | After Jan. 1993 |
| 21220 | After Jan. 1993 |
| 21226 | After Jan. 1993 |
| 21261 | After Jan. 1993 |
| 21295 | After Jan. 1993 |
| 21343 | After Jan. 1993 |
| 21453 | After Jan. 1993 |
| 21455 | After Jan. 1993 |