FOX & ROBERTSON, P.C.
Timothy P. Fox, Cal. Bar No. 157750
Amy F. Robertson, Pro Hac Vice
910 - 16th Street, Suite 610
Denver, Colorado 80202
Tel:     (303) 595-9700
Fax:     (303) 595-9705
Email:   tfox@foxrob.com

LAWSON LAW OFFICES
Antonio M. Lawson, Cal. Bar No. 140823
835 Mandana Blvd.
Oakland, CA 94610
Tel:     (510) 419-0940
Fax:     (501) 419-0948
Email:   tony@lawsonlawoffices.com

Mari Mayeda, Cal. Bar No. 110947
PO Box 5138
Berkeley, CA  94705
Tel:     (510) 917-1622
Fax:     (510) 841-8115
Email: marimayeda@earthlink.net

THE IMPACT FUND
Brad Seligman, Cal. Bar No. 83838
Jocelyn Larkin, Cal. Bar No. 110817
125 University Ave.
Berkeley, CA 94710
Tel:     (510) 845-3473
Fax:     (510) 845-3654
Email:   bseligman@impactfund.org

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

FRANCIE E. MOELLER et al,

        Plaintiffs,

v.

TACO BELL CORP.,

        Defendant.

Case No.      C 02 5849 MJJ ADR

**PLAINTIFFS' REQUEST FOR A COURT REPORTER FOR THE JANUARY 24, 2007 STATUS CONFERENCE**
AND ORDER

Plaintiffs respectfully request the presence of a Court Reporter to record the proceedings

at the January 24, 2007 Status Conference.  At the September 5, 2006 Status Conference, the

Court indicated that the presence of a Court Reporter had been helpful.[1]  The Court also stated

---

[1]      See Tr. of Sept. 5, 2006 Status Conf. at 24.

that at the January 24 Conference, it wanted to address a number of important issues including

the scope and timing of fact and expert discovery, dispositive motions, and several other issues.

A transcript will ensure an accurate record of any agreements reached on these issues.

Taco Bell objects to this request.

FOX & ROBERTSON, P.C.

January 19, 2007                    BY: _____/S/_____

                                        Timothy P. Fox

                                   Counsel for Plaintiffs Francie Moeller, Edward
                                   Muegge, Katherine Corbett and Craig Thomas
                                   Yates



GRANTED

Judge Martin J. Jenkins

1/22/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA