FOX & ROBERTSON, P.C.
Timothy P. Fox (Cal. Bar No. 157750)
Amy F. Robertson, Pro Hac Vice
Ari Krichiver, Pro Hac Vice
910 - 16th Street, Suite 610
Denver, Colorado 80202
Tel: (303) 595-9700
Fax: (303) 595-9705
Email: tfox@foxrob.com

LAWSON LAW OFFICES
Antonio M. Lawson (Cal. Bar No. 140823)
835 Mandana Blvd.
Oakland, CA 94610
Tel: (510) 419-0940
Fax: (510) 419-0948
Email: tony@lawsonlawoffices.com

Mari Mayeda (Cal. Bar No. 110947)
P.O. Box 5138
Berkeley, CA 94705
Tel: (510) 917-1622
Fax: (510) 841-8115
Email: marimayeda@earthlink.net

THE IMPACT FUND
Brad Seligman (Cal. Bar No. 83838)
Jocelyn Larkin (Cal. Bar No. 110817)
125 University Ave.
Berkeley, CA 94710
Tel: (510) 845-3473
Fax: (510) 845-3654
Email: bseligman@impactfund.org

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP
Gregory F. Hurley (Cal. Bar No. 126791)
Richard H. Hikida (Cal. Bar No. 196149)
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (714) 708-6500
Facsimile: (714) 708-6501
Hurleyg@gtlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER et al, <br><br> Plaintiffs, <br><br> vs. <br><br> TACO BELL CORP., <br><br> Defendants. | Case No. C 02 5849 MJJ ADR <br><br> **[PROPOSED] ORDER** |

IT IS HEREBY ORDERED that:

| Task | Date |
|---|---|
| Deadline for Plaintiffs to Submit Motion for Summary Judgment regarding queue lines, seating, and door force (page limit - 25 pages) | February 23, 2007 |
| Deadline for Defendant's Response to Plaintiffs' Motion for Summary Judgment (page limit - 40 pages) | March 23, 2007 |
| Deadline for Plaintiffs' Reply to Defendant's Response to Plaintiffs' Motion for Summary Judgment (page limit - 35 pages) | April 13, 2007 |

- A status conference will be held in this case at 2:00 p.m. on March 7, 2007.
- Defendant will send Plaintiff a written list of the questions it proposes to pose to the Special Master. Plaintiffs will respond to such proposal within five business days.
- Following the exchange of such documents, the parties shall meet and confer as to their respective questions to pose to the Special Master in connection with his surveys of stores that are the subject of the Special Master's Interim Survey Reports. If the parties are unable to reach agreement as to what questions to pose to the Special Master, the parties shall submit their respective proposals to the Court on or before February 28, 2007, so that they may be discussed at the status conference to be conducted on March 7, 2007 at 2:00 p.m.
- If Plaintiffs are unable to attend the March 7, 2007 status conference, a status conference will be held at 2:00 p.m. on March 21, 2007. In such case, the parties shall submit their respective proposals to the Court on or before March 14, 2007.
- Oral Argument on Plaintiffs' Motion for Summary Judgment will be held at 9:30 a.m. on May 17, 2007.

IT IS SO ORDERED.

DATED: 1/26/2007

_____
The Honorable Martin J. Jenkins
United States District Court

Case No. C 02 5849 MJJ ADR
[_____] Order
*OC 286123552v2 009451.011500*