E-Filing

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FRANCIE E. MOELLER et al,

    Plaintiffs,

v.

TACO BELL CORP.,

    Defendant.

Case No.    C 02 5849 MJJ ADR

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE THE STATUS CONFERENCE CURRENTLY SET FOR MARCH 7, 2007

The Status Conference currently set for March 7, 2007, is hereby continued until May 2, 2007 at 2:00 p.m. In addition, the following deadlines are hereby set:

April 18, 2007:    Deadline for Plaintiffs to respond to Taco Bell's proposed questions to the Special Master.

April 25, 2007:    Deadline for the parties to report to the Court concerning Taco Bell's proposed questions to the Special Master.

Dated: MAR 0 7 2007

                        The Honorable Martin J. Jenkins
                        United States District Court

Case No. C 02 5849 MJJ ADR
[Proposed] Order Granting Joint Motion To Continue the Status Conference Currently Set for March 7, 2007