1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MOELLER, ET AL.,                           No. C02-5849 MJJ

12           Plaintiff,                        **ORDER GRANTING TACO BELL'S
                                               REQUEST FOR LEAVE TO FILE**
13      v.                                     **SURREPLY**

14  TACO BELL CORP.,

15           Defendant.
    _____/
16

17        Defendant Taco Bell Corp.'s request for leave to file a surreply in opposition to Plaintiffs'

18  Motion for Partial Summary Judgment is **GRANTED**.  Defendant's surreply brief shall not exceed

19  20 pages in length and shall be filed not later than May 10, 2007.

20

21

22  **IT IS SO ORDERED.**

23

24

25  Dated: May 4, 2007                              __//signed//_____

26                                                  MARTIN J. JENKINS
                                                    UNITED STATES DISTRICT JUDGE
27

28

*United States District Court*
*For the Northern District of California*