IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FRANCIE E. MOELLER et al,

        Plaintiffs,

v.

TACO BELL CORP.,

        Defendant.

Case No.   C 02 5849 MJJ ADR

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST FOR A COURT REPORTER FOR THE SEPTEMBER 27, 2007 STATUS CONFERENCE

The Court hereby grants Plaintiffs' request for the presence of a Court Reporter to record the proceedings at the September 27, 2007 Status Conference.

IT IS SO ORDERED.

DATED: 9/24/2007

The Honorable Martin J. Jenkins
United States District Court