# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francie E. Moeller, et al., ) | |
| Plaintiff(s), ) | No. C02-5849 MJJ |
| v. ) | ORDER |
| Taco Bell Corporation, ) | |
| Defendant(s), ) | |

IT IS HEREBY ORDERED that the Order Granting Plaintiffs' Motion to Make Findings of Fact, and to Adopt the Special Master's Reports with Limited Objections, issued on September 21, 2007, document # 322 in reference to document #243 is hereby VACATED.

Date: 9/24/2007

MARTIN J. JENKINS
UNITED STATES MAGISTRATE JUDGE