1  FOX & ROBERTSON, P.C.
   Timothy P. Fox (Cal. Bar No. 157750)
2  Amy F. Robertson, Pro Hac Vice
   Ari Krichiver, Pro Hac Vice
3  910 - 16th Street, Suite 610
   Denver, Colorado 80202
4  Tel: (303) 595-9700
   Fax: (303) 595-9705
5  Email: tfox@foxrob.com

6  LAWSON LAW OFFICES
   Antonio M. Lawson (Cal. Bar No. 140823)
7  835 Mandana Blvd.
   Oakland, CA 94610
8  Tel: (510) 419-0940
   Fax: (510) 419-0948
9  Email: tony@lawsonlawoffices.com

10 Attorneys for Plaintiffs

11 GREENBERG TRAURIG, LLP
   Gregory F. Hurley (Cal. Bar No. 126791)
12 Richard H. Hikida (Cal. Bar No. 196149)
   3161 Michelson Drive, Suite 1000
13 Irvine, California 92612
   Telephone: (949) 732-6500
14 Facsimile: (949) 732-6501
   hurleyg@gtlaw.com, hikidar@gtlaw.com
15
   Attorneys for Defendant TACO BELL
16 CORP.

Mari Mayeda (Cal. Bar No. 110947)
P.O. Box 5138
Berkeley, CA 94705
Tel: (510) 917-1622
Fax: (510) 841-8115
Email: marimayeda@earthlink.net

THE IMPACT FUND
Brad Seligman (Cal. Bar No. 83838)
Jocelyn Larkin (Cal. Bar No. 110817)
125 University Ave.
Berkeley, CA 94710
Tel: (510) 845-3473
Fax: (510) 845-3654
Email: bseligman@impactfund.org

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TACO BELL CORP.,<br><br>Defendants. | Case No.  C 02 5849 MJJ ADR<br><br>[~~PROPOSED~~] ORDER ALLOWING RICHARD H. HIKIDA, ESQ. TO APPEAR TELEPHONICALLY AT SEPTEMBER 27, 2007 STATUS CONFERENCE |

1

Whereas, the Court has set a Status Conference for September 27, 2007 at 2:00 p.m. in this action;

Whereas, defendant Taco Bell Corp. would like the day-to-day working attorney on the matter, Richard H. Hikida, Esq., to be able to participate in the Status Conference telephonically notwithstanding Mr. Hikida's previously-scheduled vacation out of the country;

Whereas, plaintiffs have no objection to Mr. Hikida's telephonic participation at such Conference;

The Court hereby ORDERS as follows:

Defense counsel Richard H. Hikida shall be permitted to participate telephonically at the Status Conference scheduled for September 27, 2007 at 2:00 p.m.

SO ORDERED.

Dated: 9/24/2007

_____
The Honorable Martin J. Jenkins
United States District Court

2

Case No. C 02 5849 MJJ ADR
OC 286176976v1 009451.011500