IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FRANCIE E. MOELLER et al,

    Plaintiffs,

v.

TACO BELL CORP.,

    Defendant.

Case No.   C 02 5849 MJJ ADR

~~[PROPOSED]~~ **ORDER CONCERNING RESTAURANTS FOR BELLWETHER TRIAL**

The restaurants that will be tried during the bellwether trial in this case, set to commence on November 10, 2008, will be restaurant numbers 18, 30, 829, 991, 1034, 1496, 2801, 2968, 3071, 3132, 3208, 3948, 4204, 4510, 4518, 9427, 15723, 17181, 17576, and 18112.

IT IS SO ORDERED.

DATED: 10/18/07

The Honorable Martin J. Jenkins
District Court

*[Signature: Martin J. Jenkins — Judge Martin J. Jenkins, United States District Court, Northern District of California seal]*