FOX & ROBERTSON, P.C.
Timothy P. Fox (Cal. Bar No. 157750)
Amy F. Robertson, Pro Hac Vice
Ari Krichiver, Pro Hac Vice
910 - 16th Street, Suite 610
Denver, Colorado 80202
Tel: (303) 595-9700
Fax: (303) 595-9705
Email: tfox@foxrob.com

Mari Mayeda (Cal. Bar No. 110947)
P.O. Box 5138
Berkeley, CA 94705
Tel: (510) 917-1622
Fax: (510) 841-8115
Email: marimayeda@earthlink.net

LAWSON LAW OFFICES
Antonio M. Lawson (Cal. Bar No. 140823)
835 Mandana Blvd.
Oakland, CA 94610
Tel: (510) 419-0940
Fax: (510) 419-0948
Email: tony@lawsonlawoffices.com

THE IMPACT FUND
Brad Seligman (Cal. Bar No. 83838)
Jocelyn Larkin (Cal. Bar No. 110817)
125 University Ave.
Berkeley, CA 94710
Tel: (510) 845-3473
Fax: (510) 845-3654
Email: bseligman@impactfund.org

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP
Gregory F. Hurley (Cal. Bar No. 126791)
Richard H. Hikida (Cal. Bar No. 196149)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
hurleyg@gtlaw.com, hikidar@gtlaw.com

Attorneys for Defendant TACO BELL CORP.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>TACO BELL CORP.,<br><br>    Defendants. | Case No.   C 02 5849 MJJ ADR<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF STATUS CONFERENCE** |

1

1  For good cause shown, the Court hereby ORDERS as follows:

2  The Status Conference scheduled for November 28, 2007 at 2:00 p.m. in the instant action is

3  continued to December 19, 2007 at 2:00 p.m.

4

5  SO ORDERED.

6

7  Dated:  11/13/07                                    _____

8                                                                         The Honorable Martin J. Jenkins
                                                                              United States District Court

9

10         A joint status statement is due seven (7) days prior to the conference.