| | |
|---|---|
| FOX & ROBERTSON, P.C.<br>Timothy P. Fox, Cal. Bar No. 157750<br>Amy F. Robertson, Pro Hac Vice<br>910 - 16th Street, Suite 610<br>Denver, Colorado 80202<br>Tel:     (303) 595-9700<br>Fax:    (303) 595-9705<br>Email:   tfox@foxrob.com | Mari Mayeda, Cal. Bar No. 110947<br>PO Box 5138<br>Berkeley, CA 94705<br>Tel:     (510) 917-1622<br>Fax:    (510) 841-8115<br>Email: marimayeda@earthlink.net |
| LAWSON LAW OFFICES<br>Antonio M. Lawson, Cal. Bar No. 140823<br>835 Mandana Blvd.<br>Oakland, CA 94610<br>Tel:     (510) 419-0940<br>Fax:    (501) 419-0948<br>Email:   tony@lawsonlawoffices.com | THE IMPACT FUND<br>Brad Seligman, Cal. Bar No. 83838<br>Jocelyn Larkin, Cal. Bar No. 110817<br>125 University Ave.<br>Berkeley, CA 94710<br>Tel:     (510) 845-3473<br>Fax:    (510) 845-3654<br>Email:   bseligman@impactfund.org |

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP
Gregory F. Hurley, Cal. Bar No. 126791
Richard H. Hikida, Cal. Bar No. 196149
3161 Michelson Drive, Suite 1000
Irvine, CA 92612-4410
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: hurleyg@gtlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

FRANCIE E. MOELLER et al,

    Plaintiffs,

  v.

TACO BELL CORP.,

    Defendant.

Case No.    C 02 5849 MJJ ADR

[~~PROPOSED~~] **ORDER**

---

Following the status conference in this case on January 9, 2008, IT IS HEREBY ORDERED that:

1. On or before January 16, 2008, Plaintiffs may file a response of no more than five pages to Defendant's November 12, 2008 Notice of Supplemental Authority in Support of Defendant Taco Bell Corp.'s Memorandum of Points and Authorities in Support of its Motion for Reconsideration of August 8, 2007 Order Granting in Part Plaintiffs' Motion for Partial Summary Judgment.

2. By January 18, 2008, Defendant will provide Plaintiffs the remainder of the documents requested by Interrogatory No. 6 of Plaintiffs' October 17, 2007 Interrogatories and Requests for Production as to which Defendant does not assert a privilege. Between January 18 and 25, 2008, the parties shall meet and confer concerning Defendant's claims of privilege. If the parties are unsuccessful in resolving their differences, Defendant shall provide a privilege log to Plaintiff on or before February 1, 2008.

3. If Plaintiffs elect to file a motion to compel concerning documents as to which Defendant claims privilege, that motion must be filed by February 15, 2008. Defendant's response is due by February 29, 2008. Plaintiffs' reply is due by March 7, 2008.

4. By January 25, 2008, Plaintiffs will provide a supplemental response to Defendants' Interrogatory No. 2 setting forth proposed solutions to those barriers as to which the readily achievable defense may apply.

5. Plaintiffs may serve an interrogatory relating to their Requests for Admission Nos. 23 through 97 (relating to alterations). Plaintiffs shall not serve an interrogatory relating to their Requests for Admission Nos. 1-22 or 98-100. Defendant's responses to Plaintiffs' Second Set of Requests for Admission to Taco Bell Corp. (served December 20, 2007) and the associated interrogatories are due on March 10, 2008.

6.  Both parties may serve interrogatories requesting the other party to state its views on appropriate tolerances. Responses to those interrogatories are due on March 10, 2008.

7.  The parties shall meet and confer concerning Plaintiffs' proposed limitation to their Interrogatory Nos. 2 and 3 of Plaintiffs' October 17, 2007 Interrogatories and Requests for Production. By January 18, 2008, the parties shall submit either an agreed proposed order or separate proposed orders relating to Defendant's obligation to respond to these interrogatories.

8.  On or before March 10, 2008, Defendant shall respond to Plaintiffs' December 11, 2007 Interrogatories and Plaintiffs shall respond to Defendant's Interrogatory No. 19.

9.  On or before March 10, 2008, Plaintiffs will provide verifications by all named Plaintiffs to interrogatory responses.

10. Plaintiffs' objections to Defendant's Interrogatory Nos. 4, 5, 9, 12, 13, & 16 are sustained.

11. A status conference will be held in this case at 2:30 p.m. on March 19, 2008.

IT IS SO ORDERED.

DATED: 1/18/2008

The Honorable Martin J. Jenkins
United States District Court