FOX & ROBERTSON, P.C.
Timothy P. Fox, Cal. Bar No. 157750
Amy F. Robertson, Pro Hac Vice
910 - 16th Street, Suite 610
Denver, Colorado 80202
Tel: (303) 595-9700
Fax: (303) 595-9705
Email: tfox@foxrob.com

LAWSON LAW OFFICES
Antonio M. Lawson, Cal. Bar No. 140823
835 Mandana Blvd.
Oakland, CA 94610
Tel: (510) 419-0940
Fax: (501) 419-0948
Email: tony@lawsonlawoffices.com

Mari Mayeda, Cal. Bar No. 110947
PO Box 5138
Berkeley, CA 94705
Tel: (510) 917-1622
Fax: (510) 841-8115
Email: marimayeda@earthlink.net

THE IMPACT FUND
Brad Seligman, Cal. Bar No. 83838
Jocelyn Larkin, Cal. Bar No. 110817
125 University Ave.
Berkeley, CA 94710
Tel: (510) 845-3473
Fax: (510) 845-3654
Email: bseligman@impactfund.org

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP
Gregory F. Hurley, Cal. Bar No. 126791
Richard H. Hikida, Cal. Bar No. 196149
3161 Michelson Drive, Suite 1000
Irvine, CA 92612-4410
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: hurleyg@gtlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER et al, <br><br> Plaintiffs, <br><br> v. <br><br> TACO BELL CORP., <br><br> Defendant. | Case No. C 02 5849 MJJ ADR <br><br> **STIPULATION AND [███████] ORDER REGARDING RESPONSE TO PLAINTIFFS' INTERROGATORIES NOS. 2-3** |

Case No. C 02 5849 MJJ ADR
Stipulation and [███████] Order Regarding Response to Plaintiffs' Interrogatories Nos. 2-3

The parties hereby stipulate as follows:

Plaintiffs' Interrogatories Nos. 2-3 seek contact information (i.e. names, last job title, last known address and phone numbers) concerning Taco Bell employees who worked at or managed Bellwether restaurants. Defendant objected to theses interrogatories on grounds of privacy rights and burden. Plaintiffs have agreed to limit the scope of Interrogatory No. 2 so that it seeks only information about former Taco Bell employees who, at any time during the period December 2001 to the present, held the position of assistant manager or manager of a Bellwether restaurant (or equivalent titles) and/or positions above the store level that supervise such Bellwether restaurants. Interrogatory No. 3 seeks contact information concerning current employees. Plaintiffs agree to limit Interrogatory No. 3 so that it seeks only the name and job title of current management level employees, and not addresses or phone numbers.

The parties therefore stipulate that:

1. As limited above, defendant shall respond to the interrogatories and provide the requested information no later than February 1, 2008.

2. Plaintiffs shall not use the requested information concerning employee addresses and phone numbers for any purpose unrelated to this litigation nor shall they disclose the information to anyone not involved in this litigation.

Respectfully Submitted,

THE IMPACT FUND

January 17, 2008        BY: /S/
                        Brad Seligman

Counsel for Plaintiffs Francie Moeller, Edward Muegge, Katherine Corbett and Craig Thomas Yates

| | |
|---|---|
| January 17, 2008 | GREENBERG TRAURIG, LLP<br><br>BY: /S/ _____<br>Richard H. Hikida<br><br>Counsel for Defendant Taco Bell Corp. |

IT IS SO ORDERED.

DATED: 1/18/2008

_____
The Honorable Martin J. Jenkins
United States District Court