IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUELLER ET AL, | No. C02-05849 MJJ |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION** |
| v. | |
| TACO BELL CORP., | |
| Defendant. | |

Before the Court is Defendant Taco Bell's ("Defendant") Motion for Reconsideration of the Court's August 8, 2007 order granting in part Plaintiff's motion for summary judgment. (Docket No. 319.) Pursuant to Civil Local Rule 7-9(b), the moving party must show the existence of a material difference in fact or law, the emergence of new material facts or a change of law, or a manifest failure by the Court to consider material facts or dispositive legal arguments presented to the Court. *See* Civ. L.R. 7-9(b). After careful review of Defendant's Motion, Plaintiff's Opposition, Defendant's Reply and other relevant documents in the record, the Court finds that Defendants have not met their burden under Rule 7-9(b). The Court therefore **DENIES** Defendant's Motion for Reconsideration.

**IT IS SO ORDERED.**

Dated: March 21, 2008

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE