GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
RICHARD H. HIKIDA (SBN 196149)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: hurleyg@gtlaw.com, hikidar@gtlaw.com

Attorneys for Defendant TACO BELL CORP.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>TACO BELL CORP.,<br><br>Defendant. | Case No.   C 02-5849 PJH JL<br><br>**[PROPOSED] ORDER RE: MOTION FOR ADMINISTRATIVE RELIEF**<br><br>DATE:         SUBMITTED<br>TIME:         N/A<br>CTRM:       F, 15th Floor<br>JUDGE:      Hon. James Larson |

For good cause shown, the Court hereby ORDERS as follows:

Taco Bell Corp.'s Motion for Administrative Relief is granted.  Taco Bell Corp. is granted leave to file a portion of the document, Bates-labeled as TBGT004715-TBGT004720, lodged with the Court under seal.

The Clerk of the Court is ordered to file the redacted version of the document for filing in the public record.

SO ORDERED.

Dated: 8-11-08

_____
The Honorable James Larson

Case No. C 02 5849 PJH JL
OC 286,294,274v1

United States District Court

2

Case No. C 02 5849 PJH JL
*OC 286,294,274v1*