UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIE MOELLER, et al.,

    Plaintiffs,

v.

TACO BELL CORPORATION,

    Defendant.

_____/

No. C 02-5849 PJH

**ORDER**

    The court is in receipt of a noticed motion filed by defendant Taco Bell Corporation pursuant to Federal Rule of Civil Procedure 16(b), seeking modification of the court's June 27, 2008 case management and scheduling order.

    The parties should take note that such motions are generally brought by means of a five-page administrative motion, pursuant to Civil Local Rule 7-11, and are not set for hearing on the court's law-and-motion calendar. Nevertheless, in view of the fact that Taco Bell has filed a 25-page brief in support of the motion, the court will permit plaintiffs to file an opposition brief of up to 25 pages. Taco Bell may file a 10-page reply brief.

    The opposition shall be filed no later than June 8, 2009. The reply shall be filed no later than June 15, 2009. The date for the hearing on the motion, noticed for July 8, 2009, is VACATED. Should the court determine that it wishes to discuss this scheduling matter further with counsel, the clerk will direct the parties to appear for a case management conference.

**IT IS SO ORDERED.**

Dated: June 1, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge