UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francie E. Moeller, | No. C 02-5849 PJH  (JL) |
| Plaintiff, | **ORDER** |
| v. | |
| Taco Bell Corporation, et al., | |
| Defendants. | |

The Court received the parties' Joint Statement regarding the adequacy of Defendant's Privilege Log, e-filed at Docket # 426. The Court finds this matter inappropriate for decision on a joint statement and orders Plaintiffs to proceed by formal noticed motion.

IT IS SO ORDERED.

DATED: June 11, 2009

_____
JAMES LARSON
Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIV-REF\02-5849\Order-brief-426.wpd

G:\JLALL\CHAMBERS\CASES\CIV-REF\02-5849\Order-brief-426.wpd   1