United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIE E. MOELLER, et al.,

    Plaintiffs,

    v.

TACO BELL CORP.,

    Defendant.

_____/

No. C 02-5849 PJH

**NOTICE**

The court is in receipt of the chambers copies of defendant Taco Bell Corporation's motion for partial summary judgment, filed October 23, 2009.  Taco Bell is hereby advised that the court is unable to read Exhibit 2 to the Declaration of Richard Hikida, and is also unable to read four of the five parts ("2 of 5," "3 of 5," "4 of 5," and "5 of 5") of Exhibit 18 to the Declaration of Steve Elmer.  The font size is too small.

Dated: November 2, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge