UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIE MOELLER, et al.,

    Plaintiffs,

v.

TACO BELL CORP.,

    Defendant.

_____/

No. C 02-5849 PJH

**ORDER OVERRULING OBJECTIONS**

Taco Bell's objections to Magistrate Judge Larson's order granting plaintiffs' motion to compel production of documents withheld as privileged are OVERRULED as untimely. See Fed. R. Civ. P. 72(a).

**IT IS SO ORDERED.**

Dated: November 6, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge