UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIE MOELLER, et al.,

    Plaintiffs,

    v.

TACO BELL CORP.

    Defendant.
_____/

No. C 02-5849 PJH

**ORDER DENYING REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

    The court, finding that Magistrate Judge Larson's October 6, 2009 ruling was unambiguous, and that neither his October 6, 2009, nor October 27, 2009 ruling was clearly erroneous, DENIES defendant's motion for leave to file a motion for reconsideration of this court's denial of defendant's objections to Magistrate Judge Larson's order(s).

**IT IS SO ORDERED.**

Dated: November 10, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge