FOX & ROBERTSON, P.C.
Timothy P. Fox (Cal. Bar No. 157750)
Amy F. Robertson, Pro Hac Vice
104 Broadway, Suite 400
Denver, Colorado 80203
Tel: (303) 595-9700
Fax: (303) 595-9705
Email: tfox@foxrob.com

Mari Mayeda (Cal. Bar No. 110947)
P.O. Box 5138
Berkeley, CA 94705
Tel: (510) 917-1622
Fax: (510) 841-8115
Email: marimayeda@earthlink.net

LAWSON LAW OFFICES
Antonio M. Lawson (Cal. Bar No. 140823)
835 Mandana Blvd.
Oakland, CA 94610
Tel: (510) 419-0940
Fax: (510) 419-0948
Email: tony@lawsonlawoffices.com

THE IMPACT FUND
Brad Seligman (Cal. Bar No. 83838)
Jocelyn Larkin (Cal. Bar No. 110817)
125 University Ave.
Berkeley, CA 94710
Tel: (510) 845-3473
Fax: (510) 845-3654
Email: bseligman@impactfund.org

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP
Gregory F. Hurley (Cal. Bar No. 126791)
Richard H. Hikida (Cal. Bar No. 196149)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
hurleyg@gtlaw.com, hikidar@gtlaw.com

Attorneys for Defendant TACO BELL CORP.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FRANCIE E. MOELLER, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TACO BELL CORP.,<br><br>　　　　Defendants. | Case No.　C 02-5849 PJH JL<br><br>**[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER GRANTING CONTINUANCE OF HEARING DATE ON PLAINTIFFS' MOTION FOR LEAVE TO ISSUE NOTICE TO THE CLASS CONCERNING THE UPCOMING TRIAL** |

1

For good cause shown, the Court hereby ORDERS as follows:

The hearing date on Plaintiffs' Motion for Leave to Issue Notice to the Class Concerning the Upcoming Trial scheduled for March 17, 2010 at 9:00 a.m. in the instant action is continued to March 24, 2010 at 9:00 a.m.

SO ORDERED.

Dated: 3/8/10



Judge Phyllis J. Hamilton

2

Case No. C 02-5849 PJH JL
OC 286,537,520v1