FOX & ROBERTSON, P.C.
Timothy P. Fox - CA State Bar No. 157750
Amy F. Robertson (*pro hac vice*)
104 Broadway, Suite 400
Denver, CO 80203
Telephone: (303) 595-9700
Facsimile: (303) 595-9705
Email: tfox@foxrob.com

LAWSON LAW OFFICES
Antonio M. Lawson, Cal. Bar No. 140823
835 Mandana Blvd.
Oakland, CA 94610
Tel:   (510) 419-0940
Fax:   (501) 419-0948
Email: tony@lawsonlawoffices.com

Mari Mayeda, Cal. Bar No. 110947
PO Box 5138
Berkeley, CA 94705
Tel:   (510) 917-1622
Fax:   (510) 841-8115
Email: marimayeda@earthlink.net

THE IMPACT FUND
Brad Seligman, Cal. Bar No. 83838
Jocelyn Larkin, Cal. Bar No. 110817
125 University Ave.
Berkeley, CA 94710
Tel:   (510) 845-3473
Fax:   (510) 845-3654
Email: bseligman@impactfund.org

*Attorneys for Plaintiffs*

GREENBERG TRAURIG, LLP
Gregory F. Hurley, Cal. Bar No. 126791
Richard H. Hikida, Cal. Bar No. 196149
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: hurleyg@gtlaw.com, hikidar@gtlaw.com

*Attorneys for Defendant Taco Bell Corp.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIE E. MOELLER et al,<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL CORP.,<br><br>Defendant. | Case No. C 02-5849 PJH JL<br><br>JOINT STIPULATION AND ORDER RE: BIFURCATION OF DISCOVERY AND EXEMPLAR TRIAL |

The parties hereby stipulate as follows:

1. Discovery at this stage shall be limited to liability issues arising out of state law claims. No discovery shall be permitted, at this time, as to individual class member claims of damages.

2. An initial trial shall be held regarding an exemplar store, store number 4518. The trial as to this store shall be bifurcated into stages. The first stage of the trial shall on the issues of whether there have been violations of federal and/or state law and injunctive relief.

3. The parties stipulate that the first stage of the trial on the exemplar store shall be to the Court and not to a jury.

4. After the trial of this first stage of the exemplar trial, a further case management conference will be held to discuss further proceedings in this case, including trial of the damages phase for the exemplar store.

IT IS SO STIPULATED.

_____

THE IMPACT FUND
Brad Seligman, Cal. Bar No. 83838
Jocelyn Larkin, Cal. Bar No. 110817
125 University Ave.
Berkeley, CA 94710
Tel:   (510) 845-3473
Fax:  (510) 845-3654
Email: bseligman@impactfund.org

*Attorneys for Plaintiffs*


_____

GREENBERG TRAURIG, LLP
Gregory F. Hurley, Cal. Bar No. 126791
Richard H. Hikida, Cal. Bar No. 196149
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
Email: hurleyg@gtlaw.com, hikidar@gtlaw.com

*Attorneys for Defendant*



IT IS SO ORDERED.


DATED: _____          _____
                              The Honorable Phyllis J. Hamilton
                              United States District Court

FOX & ROBERTSON, P.C.
Timothy P. Fox (Cal. Bar No. 157750)
Amy F. Robertson, Pro Hac Vice
104 Broadway, Suite 400
Denver, Colorado 80203
Tel: (303) 595-9700
Fax: (303) 595-9705
Email: tfox@foxrob.com

Mari Mayeda (Cal. Bar No. 110947)
P.O. Box 5138
Berkeley, CA 94705
Tel: (510) 917-1622
Fax: (510) 841-8115
Email: marimayeda@earthlink.net

LAWSON LAW OFFICES
Antonio M. Lawson (Cal. Bar No. 140823)
835 Mandana Blvd.
Oakland, CA 94610
Tel: (510) 419-0940
Fax: (510) 419-0948
Email: tony@lawsonlawoffices.com

THE IMPACT FUND
Brad Seligman (Cal. Bar No. 83838)
Jocelyn Larkin (Cal. Bar No. 110817)
125 University Ave.
Berkeley, CA 94710
Tel: (510) 845-3473
Fax: (510) 845-3654
Email: bseligman@impactfund.org

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP
Gregory F. Hurley (Cal. Bar No. 126791)
Richard H. Hikida (Cal. Bar No. 196149)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
hurleyg@gtlaw.com, hikidar@gtlaw.com

Attorneys for Defendant TACO BELL CORP.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>TACO BELL CORP., <br><br>Defendant. | Case No. C 02-5849 PJH JL <br><br>**[PROPOSED] ORDER RE: BIFURCATION AND DISCOVERY AND EXEMPLAR TRIAL** |

1

1    PURSUANT TO STIPULATION, IT IS SO ORDERED:

2    1.   Discovery at this stage shall be limited to liability issues arising out of state law claims.
3         No discovery shall be permitted, at this time, as to individual class member claims of
4         damages.
5    2.   An initial trial shall be held regarding an exemplar store, store number 4518. The trial as
6         to this store shall be bifurcated into stages. The first stage of the trial shall be on the
7         issues of whether there have been violations of federal and/or state law and injunctive
8         relief.
9    3.   The parties stipulate that the first stage of the trial on the exemplar store shall be to the
10        Court and not to a jury.
11   4.   After the trial of this first stage of the exemplar trial, a further case management
12        conference will be held to discuss further proceedings in this case, including trial of the
13        damages phase for the exemplar store.

Dated: 4/5/10



2

Case No. C 02-5849 PJH JL
OC 286,550,463v2