UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIE MOELLER, et al.,

    Plaintiffs,

    v.

TACO BELL CORP.,

    Defendant.
_____/

No. C 02-5849 PJH

**ORDER**

Defendant's motion for leave to file a motion for partial summary judgment is DENIED. The question of standing appears to be not reasonably in dispute, while any issues re mootness and/or modifications to policies and practices that have not been agreed to by the parties must be addressed at trial, given that the court has already heard more than one motion for summary judgment on these issues.

The court will hold a case management conference on Thursday, December 16, 2010, at 2:00 p.m. for the purpose of scheduling the trial. No later than December 9, 2010, the parties shall file a joint case management statement setting forth proposed issues and procedures for trial, as well as suggested dates.

**IT IS SO ORDERED.**

Dated: November 12, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge