| | |
|---|---|
| FOX & ROBERTSON, P.C.<br>Timothy P. Fox (Cal. Bar No. 157750)<br>Amy F. Robertson, Pro Hac Vice<br>104 Broadway, Suite 400<br>Denver, Colorado 80203<br>Tel: (303) 595-9700<br>Fax: (303) 595-9705<br>Email: tfox@foxrob.com | Mari Mayeda (Cal. Bar No. 110947)<br>P.O. Box 5138<br>Berkeley, CA 94705<br>Tel: (510) 917-1622<br>Fax: (510) 841-8115<br>Email: marimayeda@earthlink.net |
| LAWSON LAW OFFICES<br>Antonio M. Lawson (Cal. Bar No. 140823)<br>835 Mandana Blvd.<br>Oakland, CA 94610<br>Tel: (510) 419-0940<br>Fax: (510) 419-0948<br>Email: tony@lawsonlawoffices.com | THE IMPACT FUND<br>Brad Seligman (Cal. Bar No. 83838)<br>Jocelyn Larkin (Cal. Bar No. 110817)<br>125 University Ave.<br>Berkeley, CA 94710<br>Tel: (510) 845-3473<br>Fax: (510) 845-3654<br>Email: bseligman@impactfund.org |

Attorneys for Plaintiffs

GREENBERG TRAURIG, LLP
Gregory F. Hurley (Cal. Bar No. 126791)
Richard H. Hikida (Cal. Bar No. 196149)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501
hurleyg@gtlaw.com, hikidar@gtlaw.com

Attorneys for Defendant TACO BELL CORP.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TACO BELL CORP.,<br><br>　　　　Defendant. | Case No.　C 02-5849 PJH JL<br><br>[PROPOSED] ORDER RE: DEPOSITIONS |

1

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. For purposes of the Stage I summary judgment motions (if they are allowed), plaintiffs shall not use the testimony of any class member of whom defendant has not deposed.

2. For purposes of the first stage of the exemplar store trial, at least 30 days prior to the deadline for the party's submission of witness lists, plaintiffs shall identify any class member not previously deposed in this action of whom plaintiffs intend to call to testify at trial, other than solely for impeachment or rebuttal.

3. Plaintiffs shall make such class member deponents available for one-hour depositions (unless they need translators in which case their depositions shall be two hours in length), with the depositions to be completed by no later than one week before the witness list deadline.

Dated: 11/12/2010

_____
The Honorable James Larson
United States Magistrate Judge

2

Case No. C 02-5849 PJH JL
OC 286,646,418v1