1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER, et al.,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>TACO BELL CORP.,<br><br>　　　　　　Defendant. | CASE NO. C 02-5849 PJH  JL<br><br>**[~~PROPOSED~~]  ORDER GRANTING DEFENDANT'S NOTICE OF USING EQUIPMENT AND DEMONSTRATIVE DEVICES AT TRIAL**<br><br>CTRM:　　3<br>JUDGE:　　Hon. Phyllis J. Hamilton<br>TRIAL:　　June 6, 2011 |

Case No. 02-5849 PJH JL
OC 286,738,555v1

The Court, having been duly notified of Defendant's intention to use demonstrative devices and exhibits during the trial in this matter, hereby ORDERS that Defendant and their counsel of record be granted access to the Federal Building located at 1301 Clay Street with the following devices and exhibits from June 6, 2011 through June 17, 2011:

1. Laptop computers
2. Rolling bookcases (4)
3. 2nd flat panel monitor
4. 6:1 vga switch
5. 5. 1:2 vga splitter
6. Anchor speaker
7. Projector Screen
8. Elmo
9. Projector
10. 4x flat panel monitors (judge, witness, plaintiff, and defense)
11. AV stand for document camera
12. DaLite stand for projector
13. 1:8 VGA distribution amp
14. Cabling, gaff tape and Mifi card
15. Exhibit Boards

**IT IS SO ORDERED.**

Dated: May __10__, 2011



_____
**HONORABLE Judge Phyllis J. Hamilton**

1

Case No. 02-5849 PJH JL
OC 286,738,555v1