# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER et al, | Case No.   C 02 5849 PJH JL |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF USING EQUIPMENT AND DEMONSTRATIVE DEVICES AT TRIAL** |
| v. | |
| TACO BELL CORP., | **Trial Date: June 6, 2011** |
| Defendant. | **The Honorable Phyllis J. Hamilton<br>Courtroom 3, 3rd Floor** |

The Court, having been duly notified of Plaintiffs' intention to use electronic devices and related items during the trial in this matter, hereby ORDERS that Plaintiffs and their counsel of record be granted access to the Federal Building located at 1301 Clay Street with the following electronic devices and related items from June 6, 2011 through June 17, 2011:

1. Laptop computers;
2. Projector;
3. Projector screen;
4. Printer;
5. Broadband cards;
6. Exhibit boards; and
7. Tripods and stands.

IT IS SO ORDERED

DATED: 5/23/11

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

The Honorable Phyllis J. Hamilton
United States District Court