IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER, EDWARD MUEGGE, KATHERINE CORBETT, and CRAIG THOMAS YATES,<br><br>    Plaintiffs,<br><br>    v.<br><br>TACO BELL CORP.,<br><br>    Defendant. | Case Number 4:02-CV-05849 PJH (NC)<br><br>**ORDER SHORTENING TIME FOR OPPOSITION**<br><br>Re: Docket No. 616 |

    Plaintiffs move to quash seven subpoenas and deposition notices issued by Defendant Taco Bell Corp. ("TBC") for failure to comply with Federal Rule of Civil Procedure 45(b)(1) and Civil Local Rule 30-1. Defendants issued the subpoenas and deposition notices between August 30, 2011 and September 1, 2011. Plaintiffs allege that TBC did not serve a copy of the subpoenas, which compel the production of documents at the time of their corresponding noticed depositions, on all parties before serving the subpoenas on the persons to be deposed as required by Rule 45(b)(1). Plaintiffs also claim that TBC did not meet and confer with Plaintiffs before noticing the depositions as required by Local Rule 30-1.

    As the first of the noticed depositions is scheduled for September 13, 2011, the Court orders Defendants, by September 12, 2011, either to (1) meet and confer with Plaintiffs' counsel and re-issue the subpoenas and re-notice the depositions in compliance with Rule 45(b)(1) and

1  Local Rule 30-1; or (2) file an opposition to Plaintiffs' motion. The depositions are stayed until
2  Defendants serve compliant subpoenas and deposition notices or until the Court rules on
3  Plaintiffs' motion to quash.

   IT IS SO ORDERED.

DATED: September 8, 2011



NATHANAEL M. COUSINS
United States Magistrate Judge