UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER, EDWARD MUEGGE, KATHERINE CORBETT, and CRAIG THOMAS YATES,<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL CORP.,<br><br>Defendant. | Case No. 02-cv-05849 PJH (NC)<br><br>**ORDER SETTING DISCOVERY STATUS CONFERENCE**<br><br>Re: Docket No. 654, 655 |

Responding to the Order issued by District Court Judge Phyllis J. Hamilton, Dkt. No. 654, the Court will hold a discovery status conference on December 7, 2011. The conference will address:

(1) the briefing schedule on Taco Bell's motion to decertify the class;

(2) the briefing schedule on Plaintiffs' motion to amend the class definition;

(3) the schedule for all future discovery in this case; and

(4) proposed limits on discovery, including the limits proposed by Plaintiffs in their Request, Dkt. No. 655.

Lead counsel shall meet and confer on these topics by December 5. By 5:00 p.m. on December 5, the Plaintiffs shall file a jointly-authored report summarizing the parties' proposals. The conference will commence at 10:00 a.m. on December 7, in Courtroom C,

1  15th Floor, of the San Francisco Division.  Lead counsel are required to attend.
2      IT IS SO ORDERED.
3      DATED: November 30, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 02-cv-05849 PJH (NC)
ORDER SETTING HEARING

2