GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
ROGER L. SCOTT (SBN 247165)
3161 Michelson Drive, Suite 1000
Irvine, California 92612
Telephone: (949) 732-6500
Facsimile:  (949) 732-6501
Email:  hurleyg@gtlaw.com, scottro@gtlaw.com
Attorneys for Defendant
TACO BELL CORP.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FRANCIE E. MOELLER, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>TACO BELL CORP.,<br><br>        Defendant. | CASE NO. C 02-5849 PJH  NC<br><br>**REQUEST FOR LEAVE OF COURT TO FILE MOTION TO RECONSIDER IMPOSITION OF CLASS-WIDE INJUNCTIVE RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>JUDGE:     Hon. Phyllis J. Hamilton |

**TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD, PLEASE TAKE NOTICE** that Defendant Taco Bell Corporation ("Taco Bell"), pursuant to Local Rule 7-9(a), hereby requests leave of Court to file a Motion to Reconsider the Court's July 26, 2012 Order requiring the parties to submit proposed injunctions until a trial plan for injunctive relief as to the remaining stores is considered and implemented, and Taco Bell has the opportunity to present evidence in opposition to class-wide injunctive relief.

Pursuant to Local Rule 7-9(d), further briefing and/or a hearing on a motion to reconsider is set only at the Court's discretion. Taco Bell hereby requests that the Court exercise its discretion and set a briefing schedule and hearing on the Motion so that the parties may fully brief and argue these issues.

Taco Bell's proposed Notice of Motion and Motion to Reconsider is attached hereto as Exhibit 1, and the Declaration of Matthew Shaw in support of the proposed Motion is attached hereto as Exhibit 2.

DATED: August 29, 2011

By /s/ GREGORY F. HURLEY
GREGORY F. HURLEY
Attorneys for Defendant
TACO BELL CORP