1  GREENBERG TRAURIG, LLP
   GREGORY F. HURLEY (SBN 126791)
2  ROGER L. SCOTT (SBN 247165)
   3161 Michelson Drive, Suite 1000
3  Irvine, California 92612
   Telephone: (949) 732-6500
4  Facsimile:  (949) 732-6501
   Email:  hurleyg@gtlaw.com, scottro@gtlaw.com
5  Attorneys for Defendant
   TACO BELL CORP.
6

7

8               **UNITED STATES DISTRICT COURT**

9               **NORTHERN DISTRICT OF CALIFORNIA**

10              **OAKLAND DIVISION**

11

12 | FRANCIE E. MOELLER, et al., | CASE NO. C 02-5849 PJH  NC |
   |---|---|
   | Plaintiffs, | |
13 | vs. | **DECLARATION OF MATTHEW SHAW IN SUPPORT OF TACO BELL CORP.'S NOTICE OF MOTION AND MOTION TO RECONSIDER IMPOSITION OF CLASS-WIDE INJUNCTIVE RELIEF** |
14 | TACO BELL CORP., | |
15 | Defendant. | |
16 |  | JUDGE:     Hon. Phyllis J. Hamilton |

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 02-5849 PJH JL                              Declaration of Matthew Shaw

## DECLARATION OF MATTHEW SHAW

I, Matthew Shaw, declare:

I am Director of Development for defendant Taco Bell Corp. ("Taco Bell"), a party to this action. I have personal knowledge of the facts set forth herein, and could and would competently testify if called upon as a witness. I file this declaration in support of Taco Bell Corp.'s Notice of Motion And Motion To Reconsider Imposition Of Class-Wide Injunctive Relief.

1. Taco Bell owned 215 stores in California in September of 2005.
2. As of today, Taco Bell owns only 179 stores in California, having sold or closed 36 stores since September of 2005.
3. Taco Bell plans to sell 138 of its current California stores to franchisees between today and the beginning of 2013, which will reduce its ownership to 41 California stores.
4. Of the 138 stores that Taco Bell has identified for sale, it has obtained signed purchase commitments for 40.
5. Furthermore, Taco Bell has identified willing buyers, and is engaged in active negotiation for the sale of an additional 98 restaurants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed this 29 day of August, 2012.

Matthew Shaw

1