UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>**CIVIL MINUTES**</u>

**Date: September 13, 2012** (Time: 51 minutes)     **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-02-5849  PJH**

**Case Name: Francie Moeller, et al. v. Taco Bell Corp.**

**Attorney(s) for Plaintiff:     Brad Seligman; Mari Mayeda**
**Attorney(s) for Defendant:   Gregory Hurley; John Makarewich; Richard Deleissegues**

**Deputy Clerk**:  Nichole Heuerman          **Court Reporter**: Diane Skillman

**PROCEEDINGS**

Case Management Conference-Held.  Court will issue separate order.