UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIE E. MOELLER, et al.,

    Plaintiffs,

    v.

TACO BELL CORP.,

    Defendant.
_____/

No. C 02-5849 PJH

**ORDER AMENDING OCTOBER 5, 2011 FINDINGS OF FACT & CONCLUSIONS OF LAW**

As stated at the September 13, 2012 case management conference, the court has determined that the conclusion in the October 5, 2011 Findings of Fact and Conclusions of law that a classwide injunction is warranted was premature. The October 5, 2011 Findings of Fact and Conclusion of Law are hereby amended to delete the last two paragraphs, at 53:22-54:3; and to add the following: "The court will determine the form of injunctive relief, if any, to be issued, following the conclusion of the other trials to be held in this case."

**IT IS SO ORDERED.**

Dated: September 17, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge