UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER, and others,<br><br>Plaintiffs,<br><br>v.<br><br>TACO BELL CORP.,<br><br>Defendant. | Case No. 02-cv-05849 PJH (NC)<br><br>**ORDER RE: DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 709 |

On January 22, 2013, plaintiffs filed a discovery letter brief requesting a protective order prohibiting certain depositions and requesting the Court to compel production of discovery from defendant Taco Bell. Although the parties apparently conferred by phone, plaintiffs unilaterally filed a four page brief that does not describe Taco Bell's positions or proposed compromises regarding these issues. Accordingly, Taco Bell must submit a letter brief of no more than four pages responding to plaintiffs' letter brief by January 25, 2013 at 5:00 p.m.

IT IS SO ORDERED.

Date: January 22, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 02-cv-05849 PJH (NC)
ORDER RE: DISCOVERY DISPUTE