| | |
|---|---|
| Civil Rights Education and Enforcement Center<br>Timothy P. Fox, Cal. Bar No. 157750<br>Amy F. Robertson, *Pro Hac Vice*<br>104 Broadway, Suite 400<br>Denver, CO 80203<br>Tel:   303.757.7901<br>Email:   tfox@creeclaw.org | Mari Mayeda, Cal. Bar No. 110947<br>PO Box 5138<br>Berkeley, CA  94705<br>Tel:   (510) 917-1622<br>Fax:   (510) 841-8115<br>Email: marimayeda@earthlink.net |
| LAWSON LAW OFFICES<br>Antonio M. Lawson, Cal. Bar No. 140823<br>6146 Mazuela Dr.<br>Oakland, CA 94611<br>Tel:   (510) 418-2656<br>Email:   tony@lawsonlawoffices.com | THE IMPACT FUND<br>Jocelyn Larkin, Cal. Bar No. 110817<br>125 University Ave.<br>Berkeley, CA 94710<br>Tel:   (510) 845-3473<br>Fax:   (510) 845-3654<br>Email:   jlarkin@impactfund.org |

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FRANCIE E. MOELLER *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>TACO BELL CORP.,<br><br>          Defendant. | Case No.     C 02 5849 PJH<br><br>**NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION**<br><br>**The Honorable Phyllis J. Hamilton<br>Courtroom 3, 3rd Floor** |

TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:

    Please take notice that Timothy P. Fox and Amy F. Robertson, co-counsel for Plaintiffs, have changed firm and contact information.  Please serve all pleadings on:

    Timothy P. Fox (tfox@creeclaw.org)
    Amy F. Robertson (arobertson@creeclaw.org)
    Civil Rights Education and Enforcement Center
    104 Broadway, Suite 400
    Denver, CO  80203
    Phone:  303.757.7901

1 | Please continue serving pleadings on all other counsel as set forth above.

                                                         Respectfully submitted,

                                    By:    /s/ Amy F. Robertson
                                            Amy F. Robertson
                                            CIVIL RIGHTS EDUCATION AND
                                            ENFORCEMENT CENTER

                                            Attorneys for Plaintiffs

Dated: August 7, 2013