1

2

3                          UNITED STATES DISTRICT COURT

4                        NORTHERN DISTRICT OF CALIFORNIA

5

6

7    FRANCINE MOELLER, et al.,

8              Plaintiff(s),                    No. C 02-5849 PJH

9         v.                                    **ORDER SCHEDULING CASE
                                                MANAGEMENT CONFERENCE**
10   TACO BELL CORP.,

11             Defendant(s).

12   _____/

13        By this order the court schedules a case management conference for **September

14   12, 2013, at 2:00 p.m.**, for the purpose of setting trial dates for the four individual plaintiffs.

15   Counsel shall meet and confer and submit a joint case management statement seven days

16   in advance of the conference addressing at a minimum the following issues:

17   1.   Whether trial for Ms. Corbett should proceed first as previously planned given that

18        her damages as to Store #4518 is all that is left to be tried as to Ms. Corbett and

19        Store #4518.

20   2.   Whether given that Ms. Moeller and Mr. Muegge both visited Store #3948 and that

21        Mr. Muegge and Mr. Yates both visited Store #4951, the trials as to these three

22        plaintiffs should proceed jointly instead of individually, bearing in mind that because

23        liability has yet to be determined as to stores other than #4518 (except as reflected

24        in the 2007 order granting partial summary judgment) trials for these three plaintiffs

25        will be lengthier and more complicated than trial for Ms. Corbett.

26   3.   Whether the trials will be conducted by a jury with the court determining whether

27        injunctive relief should be granted and, if so, in what form.

28   4.   Whether trials of the five stores identified in the first amended complaint as having

**United States District Court**
For the Northern District of California

1   been visited by the four named plaintiffs, are likely to be sufficient to enable the court

2   to determine whether and what injunctive relief should be granted, given that when

3   this case was originally reassigned to the undersigned judge, a bellweather trial of

4   ten stores was scheduled.

5       The court expects the parties to meet and confer in good faith and to work with each

6   other and with the court to fashion a case management plan designed to conclude this

7   litigation.

8       **IT IS SO ORDERED.**

9   Dated: August 12, 2013

10  _____
    PHYLLIS J. HAMILTON
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California