UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCIE MOELLER, et al.,

    Plaintiffs,

    v.

TACO BELL CORP.,

    Defendant.

_____/

No. C 02-5849 PJH

**ORDER VACATING HEARING DATE**

    The date noticed for plaintiffs' motion for interim attorney's fees – October 16, 2013 – is unavailable, and the date is hereby VACATED. Moreover, the court does not ordinarily hear argument on motions for attorney's fees; in this case, no hearing will be scheduled unless the court determines, after reviewing the papers, that one is necessary.

    With regard to the date for the case management conference, the parties may stipulate to a date on any Thursday in September, October, or November, 2013, with the exception of October 3, 10, or 24, but no later than November 21, 2013.

**IT IS SO ORDERED.**

Dated: August 16, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge