```
 1  CIVIL RIGHTS EDUCATION AND ENFORCEMENT      Mari Mayeda, Cal. Bar No. 110947
    CENTER                                      PO Box 5138
 2  Timothy P. Fox, Cal. Bar No. 157750         Berkeley, CA  94705
    Amy F. Robertson, Pro Hac Vice              Tel:    (510) 917-1622
 3  104 Broadway, Suite 400                     Fax:    (510) 841-8115
    Denver, CO 80203                            Email:  marimayeda@earthlink.net
 4  Tel:    (303) 757-7901
    Email:  tfox@creeclaw.org
 5
    LAWSON LAW OFFICES                          THE IMPACT FUND
 6  Antonio M. Lawson, Cal. Bar No. 140823      Jocelyn Larkin, Cal. Bar No. 110817
    6146 Mazuela Dr.                            125 University Ave.
 7  Oakland, CA 94611                           Berkeley, CA 94710
    Tel:    (510) 418-2656                      Tel:    (510) 845-3473
 8  Email:  tony@lawsonlawoffices.com           Fax:    (510) 845-3654
                                                Email:  jlarkin@impactfund.org
 9
    Attorneys for Plaintiffs
10
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIE E. MOELLER et al., | Case No.    C 02 5849 PJH NC |
| Plaintiffs, | |
| v. | |
| TACO BELL CORP., | **DECLARATION OF ANN DICKINSON** |
| Defendant. | |

I, Ann Dickinson, do hereby declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify, I could competently testify to the truth of these matters.

2. I am a paralegal and projection manager at Litigation Solutions, Inc.

3. Tim Fox at the Civil Rights Education and Enforcement Center emailed me an Excel spreadsheet containing the names and addresses of 2,560 people.

4. My firm, Litigation Solutions, Inc., printed and sent the Notice of Proposed Class Action Settlement and Hearing to that list of people.

5. The sealed notices were mailed via USPS by the close of business on June 13, 2014.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

June 30, 2014

_____
Ann Dickinson
303.995.6954