# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIE E. MOELLER, *et al.*, | Case No. C 02 5849 PJH NC |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | [~~PROPOSED~~] **ORDER GRANTING FINAL APPROVAL TO CLASS SETTLEMENT** |
| TACO BELL CORP., | **Date: September 24, 2014** |
| Defendant. | **Time: 9:00 a.m.**<br>**The Honorable Phyllis J. Hamilton**<br>**Courtroom 3, 3rd Floor** |

The parties to this action having entered into a Settlement Agreement and having applied to this Court for preliminary and final approval of the Settlement Agreement and the terms thereof; this Court on June 4, 2014 having granted preliminary approval to the Settlement Agreement, which is attached as Exhibit 1 to this Court's June 4 Order, and having directed notice of the settlement, its terms, and the applicable procedures and schedules to be provided to class members; this Court having set a final Fairness Hearing for September 24 to determine whether the Settlement Agreement should be granted final approval, pursuant to Federal Rule of Civil Procedure 23(e), as "fair, adequate and reasonable;" and all proposed class members having been given an opportunity to comment on the settlement;

1 NOW, THEREFORE, IT IS HEREBY ORDERED, upon consideration of the Settlement Agreement, the parties' briefs, declarations, and oral arguments in support thereof, and the proceedings in this action to date, as follows:

1. The Class Notice distributed to Class Members, pursuant to this Court's order, was accomplished in all material respects, and fully met the requirements of Rule 23 of the Federal Rules of Civil Procedure, due process, and any other applicable law.

2. Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, this Court grants final approval to the Settlement Agreement. The Court finds that the Settlement Agreement is fair, reasonable, and adequate in all respects, including the attorneys' fees provisions. The Court confirms the finding in its June 4 Order that the Settlement Agreement is the result of extensive, arms' length negotiations between the parties after extensive and lengthy litigation. The Court specifically finds that the settlement is rationally related to the strength of plaintiffs' and class members' claims given the risk, expense, complexity, and duration of further litigation. This Court also finds that the Settlement Agreement is the result of arms-length negotiations between experienced counsel representing the interests of the plaintiffs and defendants, after thorough factual and legal investigation. *Staton v. Boeing*, 327 F.3d 938, 960 (9th Cir. 2003); *Class Plaintiffs v. City of Seattle*, 955 F.2d 1268, 1291 (9th Cir. 1992).

3. The Court further finds that the response of the Class to the settlement supports settlement approval. No Class members have objected to the injunctive relief provided by the settlement. Although two class members objected that the settlement did not provide monetary relief to class members, such relief is not available in this case as a result of this Court's decision decertifying class monetary relief. The Settlement Agreement does not release class members' damages claims, and does not prevent class members from bringing their own damages claims.

IT IS SO ORDERED.

DATED: 9/24/14



Honorable Phyllis J. Hamilton
United States District Court

Case No. C 02 05849 PJH NC
[Proposed] Order Granting Final Approval to Class Settlement                                              Page 2