| | |
|---|---|
| CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER<br>Timothy P. Fox, Cal. Bar No. 157750<br>Amy F. Robertson, *Pro Hac Vice*<br>104 Broadway, Suite 400<br>Denver, CO 80203<br>Tel:     (303) 757-7901<br>Email:  tfox@creeclaw.org | Mari Mayeda, Cal. Bar No. 110947<br>PO Box 5138<br>Berkeley, CA 94705<br>Tel:     (510) 917-1622<br>Fax:    (510) 841-8115<br>Email: marimayeda@earthlink.net |
| LAWSON LAW OFFICES<br>Antonio M. Lawson, Cal. Bar No. 140823<br>6146 Mazuela Dr.<br>Oakland, CA 94611<br>Tel:     (510) 418-2656<br>Email:  tony@lawsonlawoffices.com | THE IMPACT FUND<br>Jocelyn Larkin, Cal. Bar No. 110817<br>125 University Ave., Suite 102<br>Berkeley, CA 94710<br>Tel:     (510) 845-3473<br>Fax:    (510) 845-3654<br>Email:  jlarkin@impactfund.org |

Attorneys for Plaintiffs

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Gregory F. Hurley, Cal. Bar No. 126790
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Tel:     (714) 513-5100
Email:  ghurley@sheppardmullin.com

Attorney for Defendant

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FRANCIE E. MOELLER *et al.*,<br><br>        Plaintiffs,<br><br>   v.<br><br>TACO BELL CORP.,<br><br>        Defendant. | Case No. | C 02 5849 PJH NC<br><br>[PROPOSED] **JUDGMENT AND DISMISSAL WITH PREJUDICE** |

        The Court hereby grants final approval of the proposed settlement agreement set forth as attachment A to ECF 798, grants Plaintiffs' Unopposed Motion for an Award of Attorneys' Fees and Costs, and dismisses this action with prejudice.  Fees and costs to be paid consistent

1  with the settlement agreement and the order granting Plaintiffs' Unopposed Motion for an
2  Award of Attorneys' Fees and Costs.
3
4  IT IS SO ORDERED.
5
   DATED: September 29, 2014
6  _____
   The Honorable Phyllis J. Hamilton
7  United States District Court

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton, United States District Court, Northern District of California